|  | Address | City | State | Zip |
|---|---|---|---|---|
| FastLane Paris | 719 S. Main St. | Paris | MO | 65275 |
| FastLane Moberly | 600 E. Hwy 24 | Moberly | MO | 65270 |
| FastLane Clark Street | 3066 S. Clark St. | Mexico | MO | 65265 |
| FastLane Monroe Street | 503 W. Monroe St. | Mexico | MO | 65265 |
| FastLane Crossroads | 3154 US 54 | Kingdom City | MO | 65262 |
| FastLane Gasper's | 3325 County Road 211 | Kingdom City | MO | 65262 |
| FastLane Kingdom City | 3259 County Road 211 | Kingdom City | MO | 65262 |
| FastLane Fulton | 1001 N. Bluff | Fulton | MO | 65251 |
| FastLane Tanglewood | 2213 Cardinal Dr. | Fulton | MO | 65251 |
| FastLane Hwy F | 540 Amerihost Dr. | Fulton | MO | 65251 |
| FastLane West Blvd. | 1013 West Blvd. N. | Columbia | MO | 65203 |
| FastLane HH | 7701 N. Roanoke | Columbia | MO | 65202 |
| FastLane Paris Rd. | 2116 Paris Road | Columbia | MO | 65202 |
| FastLane Hinton Rd. | 520 E. Hinton Rd. | Columbia | MO | 65202 |
| FastLane Holts Summit | 120 E. Center St. | Holts Summit | MO | 65043 |
| FastLane Laurie | 200 Brook Lane | Laurie | MO | 65037 |
| FastLane Ashland | 602 E. Broadway | Ashland | MO | 65010 |
| FastLane Taylor | 6725 Hwy 6 | Taylor | MO | 63471 |
| FastLane Palmyra | 100 N. Main St. | Palmyra | MO | 63461 |
| FastLane New London | 413 W. 1st St. | New London | MO | 63459 |
| FastLane Monroe City | 519 N. Main St | Monroe City | MO | 63456 |
| FastLane Broadway | 1201 Braodway | Hannibal | MO | 63401 |
| FastLane James Road | 2855 James Rd. | Hannibal | MO | 63401 |
| FastLane Mark Twain | 804 Mark Twain Ave. | Hannibal | MO | 63401 |
| FastLane Shinn Lane | 100 Shinn Ln. | Hannibal | MO | 63401 |
| FastLane Wright City | 645 West N. Service Rd. | Wright City | MO | 63390 |
| FastLane Winfield | 1009 S. Hwy 79 | Winfield | MO | 63389 |
| FastLane Wentzville Z&N | 21 E. Highway N | Wentzville | MO | 63385 |
| FastLane North | 1010 N. Highway 47 | Warrenton | MO | 63383 |
| FastLane Central | 710 N. Highway 47 | Warrenton | MO | 63383 |
| FastLane Vandalia | 708 US-54 | Vandalia | MO | 63382 |
| FastLane Troy South | 571 S. Lincoln Drive | Troy | MO | 63379 |
| FastLane Troy | 310 E. Hwy 47 | Troy | MO | 63379 |
| FastLane 79 Crossing | 301 Salt Lick Road | St. Peters | MO | 63376 |
| FastLane Cottleville | 994 Knaust Rd. | St. Peters | MO | 63376 |
| FastLane Old Monroe | 2116 Hwy C | Old Monroe | MO | 63369 |
| FastLane Winghaven | 7340 Highway N | O'Fallon | MO | 63366 |
| FastLane Deer Run | 1322 N. Main Street | O'Fallon | MO | 63366 |
| FastLane TR Hughes | 1001 Tom Ginnever Ave. | O' Fallon | MO | 63366 |
| FastLane New Florence | 431 Booneslick Rd. | New Florence | MO | 63363 |
| FastLane Moscow Mills | 240 College Campus Dr. | Moscow Mills | MO | 63362 |
| FastLane Montgomery City | 603 N. Sturgeon St. | Montgomery City | MO | 63361 |
| FastLane Joe's Jug | 3508 Georgia St. | Louisiana | MO | 63353 |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| FastLane 3rd Street | 720 N. 3rd St. | Louisiana | MO | 63353 |
| FastLane Jonesburg | 512 First Street | Jonesburg | MO | 63351 |
| FastLane Foristell | 21750 Veteran's Memorial Parkway | Foristell | MO | 63348 |
| FastLane Eolia | 101 W. Outer Road | Eolia | MO | 63344 |
| FastLane Elsverry | 200 N. Main Street | Elsberry | MO | 63343 |
| FastLane Champ Clark | 1601 Business Hwy 61 South | Bowling Green | MO | 63334 |
| FastLane 61 Business | 606 N. Business Hwy 61 | Bowling Green | MO | 63334 |
| FastLane Jungs Station | 1425 Jungs Station Rd. | St. Peters | MO | 63303 |
| FastLane Muegge | 2301 Old Hwy 94 South | St. Charles | MO | 63301 |
| FastLane Valley Park | 901 Meramec Station Rd. | St. Louis | MO | 63088 |
| FastLane St. Clair | 8299 Highway 47 | St. Clair | MO | 63077 |