Tuesday, September 27, 2022

Mr. Steven Miltenberger
Torch Electronics, Founding Owner
steven.a.miltenberger@gmail.com
C: 573-230-2245

Re: Almuttan, Rami

To Whom It May Concern:

My name is Steven Miltenberger. I am the founding owner of Torch Electronics. Torch Electronics is an amusement company based in St. Louis Missouri. I am writing you in support of Rami Almuttan, a Torch Electronics' client.

My family has known Rami Almuttan for over 20 years. He was one of Torch Electronics' first clients. I know Rami to be a man of his word. He always does what he says he is going to do. Rami isn't just a man that follows through on his intentions. He is also a man of honesty.

In addition to being a man of integrity, Rami is also extremely easy to work with and likable. He's polite, seems to remain calm under stressful situations and has always been considerate.

Please let me know if you have any questions or additional assistance. Thank you for your time and consideration.

Sincerely,

Steven Miltenberger
Torch Electronics

EXHIBIT B