| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Fast and Friendly | 3249 Evans Rd. | Springfield | MO | 65810 |
| Fast and Friendly | 2745 South Kansas Expwy | Springfield | MO | 65807 |
| Fast and Friendly | 3109 West Sunshine Street | Springfield | MO | 65807 |
| American Legion Post 639 | 2660 South Scenic Avenue | Springfield | MO | 65807 |
| Platinum Internet Lounge | 3128 East Sunshine Street | Springfield | MO | 65804 |
| Fast and Friendly | 2766 North Kansas Expwy | Springfield | MO | 65803 |
| Fast and Friendly | 501 West Chestnut Expwy | Springfield | MO | 65802 |
| Fast and Friendly | 427 South Glenstone | Springfield | MO | 65802 |
| Fast and Friendly | 2341 West Division St. | Springfield | MO | 65802 |
| Snappy Mart #18 | 600 South Harris St. | Willow Spring | MO | 65793 |
| Hot Spot Convenience | 1301 S Hwy 39, Stockton | Stockton | MO | 65785 |
| Philips 66 Snappy Mart | 3675 U.S. Hwy 63 | West Plains | MO | 65775 |
| Alligator Jack's | 4714 U.S. Hwy 160 | West Plains | MO | 65775 |
| Hot Spot Convenience | 219 Clinton St. | Seymour | MO | 65746 |
| Seymour Liquor and Tobacco | 500 Division St. | Seymour | MO | 65746 |
| Phillips 66 AMPM Truck Stop | 741 South Hwy E. | Norwood | MO | 65717 |
| Uncle Bobs Brewpub | 303 Raintree St, Nixa | Nixa | MO | 65714 |
| JoJi's Quick Stop | 1202 North Main Street | Nixa | MO | 65714 |
| Rapid Roberts Inc. #119 | 267 E. Jackson | Marshfield | MO | 65706 |
| Snappy Mart #51 | Highway 63 South | Koshkonog | MO | 65692 |
| The Spirits Shop | 2909 US BU 65 | Hollister | MO | 65672 |
| Rudy's Smoke Shop | 2460 S BU 65 | Hollister | MO | 65672 |
| The Busted Still | 7450 Veterans Blvd Suite D | Clever | MO | 65631 |
| Buffalo Eagle Stop | 1212 South Ash Street | Buffalo | MO | 65622 |
| Signal | 610 South Ash Street | Buffalo | MO | 65622 |
| C-Store | 1342 State Highway U | Bolivar | MO | 65613 |
| Fast and Friendly | 1913 West Broadway Street | Bolivar | MO | 65613 |
| Fast and Friendly | 1602 East Broadway Street | Bolivar | MO | 65613 |
| Evans Kwik Stop | 3820 Highway 101 | Bakersfield | MO | 65609 |
| Smokers Outlet Inc. | 107 Fina Ave., Ste. 3 | St. Roberts | MO | 65584 |
| All Star Cenex | 906 Missouri Ave. | St. Roberts | MO | 65584 |
| Phillips 66 | 617 N Jefferson St. | St. James | MO | 65559 |
| Eagle Stop | 1439 S. Jefferson Ave. | Lebanon | MO | 65536 |
| Midwest Petroleum Company | 311 S. Ellen St | Dixon | MO | 65459 |
| Phillips 66 | 1906 N. Bishop Ave. | Rolla | MO | 65401 |
| Zephyr Xpress (ZX) (Midwest Petroleum Company) | 1211 E. 10th Street | Rolla | MO | 65401 |
| Phillips 66 (Midwest Petroleum Company) | 1400 E. Hwy 72 | Rolla | MO | 65401 |
| Colorful Vibes | 1421 Forum Drive Suite C-1 | Rolla | MO | 65401 |
| FastLane Paris | 719 S. Main St. | Paris | MO | 65275 |
| FastLane Moberly | 600 E. Hwy 24 | Moberly | MO | 65270 |
| FastLane Clark Street | 3066 S. Clark St. | Mexico | MO | 65265 |
| FastLane Monroe Street | 503 W. Monroe St. | Mexico | MO | 65265 |
| FastLane Crossroads | 3154 US 54 | Kingdom City | MO | 65262 |
| FastLane Gasper's | 3325 County Road 211 | Kingdom City | MO | 65262 |
| FastLane Kingdom City | 3259 County Road 211 | Kingdom City | MO | 65262 |
| FastLane Fulton | 1001 N. Bluff | Fulton | MO | 65251 |
| FastLane Tanglewood | 2213 Cardinal Dr. | Fulton | MO | 65251 |
| FastLane Hwy F | 540 Amerihost Dr. | Fulton | MO | 65251 |
| Eagle Stop | 2561 Main St. | Boonville | MO | 65233 |
| Cenex Breaktime | 1105 Main Street | Boonville | MO | 65233 |
| Cenex Eagle Stop | 16900 Route B | Boonville | MO | 65233 |
| Cenex Eagle Stop | 19618 Steven Kole Court | Boonville | MO | 65233 |
| 135 Eagle Stop | 16850 Route 135 | Boonville | MO | 65233 |
| FastLane West Blvd. | 1013 West Blvd. N. | Columbia | MO | 65203 |
| FastLane HH | 7701 N. Roanoke | Columbia | MO | 65202 |
| FastLane Paris Rd. | 2116 Paris Road | Columbia | MO | 65202 |
| FastLane Hinton Rd. | 520 E. Hinton Rd. | Columbia | MO | 65202 |
| Xpress Liquor and Smokes | 5400 East St. Charles Road | Columbia | MO | 65201 |
| Petro Mart | 5481 East St. Charles Road | Columbia | MO | 65201 |
| Las Trojas | 2930 W. Edgewood Dr. | Jefferson City | MO | 65109 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Speedy B's | 4404 Rainbow Dr., | Jefferson City | MO | 65109 |
| Bee Line Sunco | 5114 Old Lohman Rd., | Jefferson City | MO | 65109 |
| Southwest Eagle Stop | 1913 Southwest Bld. | Jefferson City | MO | 65101 |
| Midwest Petroleum | 301 Ellis Blvd. | Jefferson City | MO | 65101 |
| Rapid Roberts #113 | 5308 Osage Beach Parkway | Osage Beach | MO | 65065 |
| FastLane Holts Summit | 120 E. Center St. | Holts Summit | MO | 65043 |
| Speedy B's | 115 West Simon | Holts Summit | MO | 65043 |
| FastLane Laurie | 200 Brook Lane | Laurie | MO | 65037 |
| Eugene Eagle Stop | 14318 Mt. Carmel Rd. | Eugene | MO | 65032 |
| Cenex | 605 N. Business 54 | Eldon | MO | 65026 |
| Ballentines 5-81 One Stop | 5681 Old Route 5 | Camdenton | MO | 65020 |
| FastLane Ashland | 602 E. Broadway | Ashland | MO | 65010 |
| Freshway Convenience Store | 722 West Spring St. | Neosho | MO | 64850 |
| The Main Stop Convenience Store | 320 East Main St. | Neosho | MO | 64850 |
| Oak Tree Mart Convenience Store | 2211 Oak Ridge Drive | Neosho | MO | 64850 |
| Fastrip Convenience Store | 107 North Main Street | Granby | MO | 64844 |
| Snak Atak Convenience Store | 752 West Valley Street | Granby | MO | 64844 |
| Duenweg Smoke and Liquor Shop | 6601 East 7th Street | Duenweg | MO | 64841 |
| Joplin Food Mart | 3308 East 32nd Street | Joplin | MO | 64804 |
| The Corner Store | 1318 East 32nd Street | Joplin | MO | 64804 |
| The Eagle Stop | 3504 South Rangeline Road | Joplin | MO | 64804 |
| Rapid Roberts | 4549 Highway 43 | Joplin | MO | 64804 |
| The Corner Convenience Store (#3) | 2300 South Maiden St. | Joplin | MO | 64804 |
| The Corner Convenience Store (#2) | 2002 South Main St. | Joplin | MO | 64804 |
| Fastrip Convenience Store | 5501 East 32nd St. | Joplin | MO | 64804 |
| Chiggers Convenience Store | 309 N. Hwy 71 | Sheldon | MO | 64784 |
| Zip Thru | 4510 US 169 Highway | St. Joseph | MO | 64507 |
| Quick Stop #3 | 2607 Frederick Ave. | St. Joseph | MO | 64506 |
| K2 Smokes and Gifts | 1602 St. Joseph Ave. | St. Joseph | MO | 64506 |
| Quick Stop | 6739 SW 59 Highway | St. Joseph | MO | 64504 |
| Frederick Mini Mart | 1801 Frederick Ave. | St. Joseph | MO | 64501 |
| Hale Fireworks | 20021 E State Hwy N. | Eagleville | MO | 64442 |
| King Super Store | 6417 NW 72nd St. | Kansas City | MO | 64151 |
| Truman Mart | 8301 Truman Road | Kansas City | MO | 64126 |
| Stop and Shop | 151 W. US Hwy 24 | Independence | MO | 64050 |
| St Joes General Store | 1236 S St. Joseph St. | Perryville | MO | 63775 |
| Ozora Truck Plaza | 17049 New Breman Rd. | Ste Genevieve | MO | 63670 |
| Midway General Store | 13545 MO Hwy 32 | Ste Genevieve | MO | 63670 |
| FastLane Taylor | 6725 Hwy 6 | Taylor | MO | 63471 |
| FastLane Palmyra | 100 N. Main St. | Palmyra | MO | 63461 |
| FastLane New London | 413 W. 1st St. | New London | MO | 63459 |
| FastLane Monroe City | 519 N. Main St | Monroe City | MO | 63456 |
| FastLane Broadway | 1201 Braodway | Hannibal | MO | 63401 |
| FastLane James Road | 2855 James Rd. | Hannibal | MO | 63401 |
| FastLane Mark Twain | 804 Mark Twain Ave. | Hannibal | MO | 63401 |
| FastLane Shinn Lane | 100 Shinn Ln. | Hannibal | MO | 63401 |
| FastLane Wright City | 645 West N. Service Rd. | Wright City | MO | 63390 |
| FastLane Winfield | 1009 S. Hwy 79 | Winfield | MO | 63389 |
| FastLane Wentzville Z&N | 21 E. Highway N | Wentzville | MO | 63385 |
| FastLane North | 1010 N. Highway 47 | Warrenton | MO | 63383 |
| FastLane Central | 710 N. Highway 47 | Warrenton | MO | 63383 |
| FastLane Vandalia | 708 US-54 | Vandalia | MO | 63382 |
| FastLane Troy South | 571 S. Lincoln Drive | Troy | MO | 63379 |
| FastLane Troy | 310 E. Hwy 47 | Troy | MO | 63379 |
| FastLane 79 Crossing | 301 Salt Lick Road | St. Peters | MO | 63376 |
| FastLane Cottleville | 994 Knaust Rd. | St. Peters | MO | 63376 |
| Mobil | 403 Mid Rivers Mall Dr., | St. Peters | MO | 63376 |
| LP Mart | 699 Salt Lick Rd., | St. Peters | MO | 63376 |
| FastLane Old Monroe | 2116 Hwy C | Old Monroe | MO | 63369 |
| FastLane Winghaven | 7340 Highway N | O'Fallon | MO | 63366 |
| FastLane Deer Run | 1322 N. Main Street | O'Fallon | MO | 63366 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| FastLane TR Hughes | 1001 Tom Ginnever Ave. | O'Fallon | MO | 63366 |
| FastLane New Florence | 431 Booneslick Rd. | New Florence | MO | 63363 |
| FastLane Moscow Mills | 240 College Campus Dr. | Moscow Mills | MO | 63362 |
| FastLane Montgomery City | 603 N. Sturgeon St. | Montgomery City | MO | 63361 |
| FastLane Joe's Jug | 3508 Georgia St. | Louisiana | MO | 63353 |
| FastLane 3rd Street | 720 N. 3rd St. | Louisiana | MO | 63353 |
| FastLane Jonesburg | 512 First Street | Jonesburg | MO | 63351 |
| Phillips 66 Fastlane #41 | 21750 Veterans Memorial Parkway | Florissant | MO | 63348 |
| FastLane Foristell | 21750 Veteran's Memorial Parkway | Foristell | MO | 63348 |
| FastLane Eolia | 101 W. Outer Road | Eolia | MO | 63344 |
| FastLane Elsverry | 200 N. Main Street | Elsberry | MO | 63343 |
| FastLane Champ Clark | 1601 Business Hwy 61 South | Bowling Green | MO | 63334 |
| FastLane 61 Business | 606 N. Business Hwy 61 | Bowling Green | MO | 63334 |
| FastLane Jungs Station | 1425 Jungs Station Rd. | St. Peters | MO | 63303 |
| FastLane Muegge | 2301 Old Hwy 94 South | St. Charles | MO | 63301 |
| Midwest Petroleum | 2675 W. Clay St. | St. Charles | MO | 63301 |
| Discount Smoke Shop #1 | 8519 Manchester Rd. | Brentwood | MO | 63144 |
| Big Bend Liquor | 3600 Big Bend S Blvd | Maplewoood | MO | 63143 |
| Maplewood Liquor | 7203 Manchester Rd. | Maplewoood | MO | 63143 |
| U-Gas #3 | 3033 S Hanley Rd. | Maplewoood | MO | 63143 |
| Budget Inn Bellefontaine | 1405 Dunn Rd. | St. Louis | MO | 63138 |
| Get It N Go Market | 11101 Larimore Rd. | St. Louis | MO | 63138 |
| Larimore Liquor | 11048 Larimore Rd. | St. Louis | MO | 63138 |
| Midwest Petroleum #12 | 12188 Bellefontaine | St. Louis | MO | 63138 |
| Midwest Petroleum #77 | 11546 Larimore Rd. | St. Louis | MO | 63138 |
| Spanish Lake Market | 11937 Larimore Rd. | St. Louis | MO | 63138 |
| Bellefontaine BP | 10844 Bellefontaine Rd. | St. Louis | MO | 63137 |
| Neighborhood One Stop | 1200 Darr Dr. | St. Louis | MO | 63137 |
| Good Time 3 | 9484 Lewis & Clark Blvd. | Jennings | MO | 63136 |
| Chambers Phillips 66 | 1955 Chambers Rd | St. Louis | MO | 63136 |
| Circle BP | 9102 Halls Ferry Rd. | St. Louis | MO | 63136 |
| Good Time 4 | 1855 Bella Clare Dr. | St. Louis | MO | 63136 |
| Good Time HF | 9916 Halls Ferry Rd. | St. Louis | MO | 63136 |
| Good Time WF | 7008 W. Florissant Ave. | St. Louis | MO | 63136 |
| Lillian Market | 5200 Hamilton Ave. | Jennings | MO | 63136 |
| Mally Supermarket | 7445 W. Florissant Ave. | St. Louis | MO | 63136 |
| Midwest Petroleum #74 | 8729 Jennings Station Rd. | St. Louis | MO | 63136 |
| Neighbors Market | 9961 W Florissant Ave. | St. Louis | MO | 63136 |
| Quick Shop Market | 5531 Jennings Station | St. Louis | MO | 63136 |
| Sam's Meat Market | 9241 W Florissant Ave. | St. Louis | MO | 63136 |
| Ferguson Market | 9101 W Florissant Ave | St. Louis | MO | 63136 |
| Good Time WF | 70013 W. Florissant Ave. | St. Louis | MO | 63136 |
| Luckys Market & Grill | 2331 Chamber Rd. | St. Louis | MO | 63136 |
| Gas Mart #4 Jennings | 9301 Lewis and Clark | St. Louis | MO | 63136 |
| Good Time 4 | 1855 Bella Care Dr. | St. Louis | MO | 63136 |
| R & R Mini Mart | 603 Airport Rd. | Ferguson | MO | 63135 |
| AMS Market | 1212 Chambers Rd. | St. Louis | MO | 63135 |
| A1 Woodson | 4404 Woodson Rd. | St. Louis | MO | 63134 |
| Discount Smoke Shop #305 | 4400 Woodson Rd. | St. Louis | MO | 63134 |
| Hanley Road Mobil | 6800 N. Hanley Rd. | St. Louis | MO | 63134 |
| Liquor Doctor | 8360 Airport Rd. | St. Louis | MO | 63134 |
| Gas Mart #5 | 7329 St. Charles Rock Rd. | St. Louis | MO | 63133 |
| Hanley Hills Grocery and Liquor | 7921 Page Ave. | St. Louis | MO | 63133 |
| Honey J's Snack Shop | 1713 Kienlen Ave. | St. Louis | MO | 63133 |
| Pagedale Market | 6707 Page Ave. | St. Louis | MO | 63133 |
| Wellston Food Market | 6250 Page Ave. | St. Louis | MO | 63133 |
| Auto Spa Etc University City | 8304 Olive Blvd. | St. Louis | MO | 63132 |
| Best Friends Market | 883 Kingsland Ave. | St. Louis | MO | 63130 |
| Merhaba | 6665 Olive Blvd. | St. Louis | MO | 63130 |
| Neighbors Market | 9961W Florissant Ave. | St. Louis | MO | 63130 |
| Auto Spa Etc Oakville | 5439 Telegraph Rd. | St. Louis | MO | 63129 |

| | | | | |
|---|---|---|---|---|
| BP Telegraph | 5639 Telegraph Rd. | St. Louis | MO | 63129 |
| Midwest Petroleum #55 | 4403 Lemay Ferry Rd. | St. Louis | MO | 63129 |
| Oakville Quick Stop | 4390 Telegraph Rd. | St. Louis | MO | 63129 |
| Telegraph Fuels | 4591 Telegraph Rd. | St. Louis | MO | 63129 |
| ZX ROC | 4123 Telegraph Rd. | St. Louis | MO | 63129 |
| South Towne Fuels | 5245 Towne South | St. Louis | MO | 63128 |
| Tesson Ferry Market | 11722 Baptist Church Rd. | St. Louis | MO | 63128 |
| Tesson Ferry Phillips | 13500 Tesson Ferry Rd. | St. Louis | MO | 63128 |
| U-Gas #2 | 10743 Watson Rd. | St. Louis | MO | 63127 |
| Aqueous Vapor Crestwood | 409 Watson Plaza | Crestwood | MO | 63126 |
| In N Out Liquor | 9400 S Broadway | St. Louis | MO | 63125 |
| Lemay Ferry BP | 3307 Lemay Ferry Rd. | St. Louis | MO | 63125 |
| Lemay Phillips 66 NJKM, Inc. | 1210 Lemay Ferry Rd. | St. Louis | MO | 63125 |
| Peak C-Store | 2600 Lemay Ferry Rd. | St. Louis | MO | 63125 |
| Sam's Liquor & Convenience | 250 Kingston Dr. | St. Louis | MO | 63125 |
| SC Tobacco | 3192 Telegraph Rd. | St. Louis | MO | 63125 |
| In 9 Out Liquor | 94005 Broadway | St. Louis | MO | 63125 |
| Garner's Market | 4301 Seibert Ave. | St. Louis | MO | 63123 |
| Namaste Mart | 4812 Forman Rd. | St. Louis | MO | 63123 |
| Star Liquor | 4221 Bayless Ave. | St. Louis | MO | 63123 |
| One Stop BP | 10901 Manchester Road | Kirkwood | MO | 63122 |
| BP One Stop Kirkwood | 10901 Manchester Rd. | Kirkwood | MO | 63122 |
| Beverly Hills Supermarket | 6714 Natural Bridge Rd. | St. Louis | MO | 63121 |
| BP Cool Valley | 1790 S. Florissant | St. Louis | MO | 63121 |
| JS Cutz N Stylez | 6710 Natural Bridge Rd. | St. Louis | MO | 63121 |
| Smart Shop Shell | 8835 Natural Bridge Rd. | St. Louis | MO | 63121 |
| Spirit Plus | 1600 S. Florissant Rd | St. Louis | MO | 63121 |
| United Mart BP | 7430 Natural Bridge Rd. | Normandy | MO | 63121 |
| ZX Natural Bridge | 8536 Natural Bridge Rd | St. Louis | MO | 63121 |
| BP Cool Valley | 1790 S. Florrisant Rd. | St. Louis | MO | 63121 |
| Neighborhood Convenience Store | 3400 Goodfellow Blvd. | St. Louis | MO | 63120 |
| Phillips 66 | 6150 Natural Bridge Ave. | St. Louis | MO | 63120 |
| Tami's Dugout | 8742 Watson Rd. | St. Louis | MO | 63119 |
| Discount Smoke Shop #34 | 8051 Watson | Webster Groves | MO | 63119 |
| Woodson Grocery & Liquor | 2146 Woodson Rd. | Overland | MO | 63114 |
| Phillips 66 United Mart | 9653 St. Charles Rock Rd. | St. Ann | MO | 63114 |
| Prince Market | 9826 St. Charles Rock Rd. | St. Ann | MO | 63114 |
| Midwest Petroleum #87 | 8970 St. Charles Rock Rd. | St. John | MO | 63114 |
| Liquor Shack Package Liquor | 8284 St. Charles Rock Rd. | St. Louis | MO | 63114 |
| Midland Shell | 11070 Midland Blvd. | St. Louis | MO | 63114 |
| Midwest Petroleum #88 | 3602 Woodson Rd. | St. Louis | MO | 63114 |
| Quick Shop St. Charles Rock Rd. | 7823 St. Charles Rock Rd. | St. Louis | MO | 63114 |
| Quick Shop Woodson | 3009 Woodson Rd. | St. Louis | MO | 63114 |
| Smokeshop Midland | 11086 Midland Blvd. | St. Louis | MO | 63114 |
| The Req Room | 9625 Lackland Rd. | St. Louis | MO | 63114 |
| Ultimate Grocery & Liquor | 8316 Lackland Rd | St. Louis | MO | 63114 |
| United Mart Rock Road | 9653 St. Charles Rock Rd | St. Louis | MO | 63114 |
| Liquor Shack Package Liquor | 8284 St. Charles Rock Rd. | St. Louis | MO | 63114 |
| United Mart Rock Road | 9653 St Charles Rock Rd | St. Louis | MO | 63114 |
| Quick Shop St. Charles Rock Rd. | 7823 St Charles Rock Rd. | St. Louis | MO | 63114 |
| Page Discount Market | 3878 Page Blvd. | St. Louis | MO | 63113 |
| BP Gas Mart | 1187 S. Kingshighway | St. Louis | MO | 63110 |
| FastLane Valley Park | 901 Meramec Station Rd. | St. Louis | MO | 63088 |
| E Z Quick Mart | 80 Meramac Valley Plaza | Valley Park | MO | 63088 |
| Midwest Petroleum #23 | 2099 Smizer Station Rd. | Valley Park | MO | 63088 |
| Phillips 66 | 1000 East Main Street | Union | MO | 63084 |
| FastLane St. Clair | 8299 Highway 47 | St. Clair | MO | 63077 |
| Prince Market | 9826 St Charles Rock Rd | St Ann | MO | 63074 |
| Discount Smoke Shop #6 | 10507 St Charles Rock Rd. | St Ann | MO | 63074 |
| Acapulco Restaurant & Lounge | 10114 St. Charles Rock Rd. | St. Ann | MO | 63074 |
| Discount Smoke Shop #6 | 10507 St. Charles Rock Rd. | St. Ann | MO | 63074 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| In & Out Market | 3603 Adie Rd. | St. Ann | MO | 63074 |
| Prince Market | 9826 St. Charles Rock Rd | St. Ann | MO | 63074 |
| US Food & Liquor | 3167 Ashby Rd. | St. Ann | MO | 63074 |
| Acapulco Restaurant & Lounge | 10114 St Charles Rock Rd. | St. Ann | MO | 63074 |
| Saddle Up Saloon | 530 E. Osage St. | Pacific | MO | 63069 |
| Saddle Up Saloon | 530 E. Osage Sc. | Pacific | MO | 63069 |
| American Legion | 910 Montebello Rd. | Imperial | MO | 63052 |
| House Springs Coin Laundry | 15 Walters Place | House Springs | MO | 63051 |
| High Ridge Quick Stop (Phillips 66) | 2915 High Ridge Blvd | High Ridge | MO | 63049 |
| Bellacino's Pizza & Grinders Bridgeton | 11249 St. Charles Rock Rd. | Bridgeton | MO | 63044 |
| Bottle House | 12356 Natural Bridge Rd. | Bridgeton | MO | 63044 |
| BP Bridgeton | 11747 St. Charles Rock Rd. | Bridgeton | MO | 63044 |
| One Stop Coffee Shop | 12350 Natural Bridge Rd. | Bridgeton | MO | 63044 |
| BP Bridgeton | 11747 St. Charles Rock Rd. | Bridgeton | MO | 63044 |
| BP Bridgeton | 11747 St Charles Rock Rd. | Bridgeton | MO | 63044 |
| Hotshots Sports Bar & Grill | 12154 St. Charles Rock Rd. | Bridgeton | MO | 63044 |
| Bluenote Sports Bar & Grill | 3133 N Lindbergh Blvd. | Maryland Heights | MO | 63043 |
| Motel 6 #4921 | 12330 Dorsett Rd. | Maryland Heights | MO | 63043 |
| Break Time Bar & Grill | 6186 Howdershell Rd | Hazelwood | MO | 63042 |
| Crown 7 Liquor | 6211 N Lindbergh | Hazelwood | MO | 63042 |
| Renee's Happy Hour | 6827 Howdershell Rd. | Hazelwood | MO | 63042 |
| Midwest Petroleum #99 | 11902 MO Bottom Rd. | Hazelwood | MO | 63042 |
| Spirits Plus 2 | 3803 Vaile Dr. | Florissant | MO | 63034 |
| Spirits Plus 2 | 3803 Valley Dr. | Florissant | MO | 63034 |
| Black Jack Liquor | 12420 Old Halls Ferry Rd. | Black Jack | MO | 63033 |
| Essentially Me Beauty | 12321 Old Halls Ferry Rd | Black Jack | MO | 63033 |
| Auto Spa Etc Florissant | 2040 N Highway 67 | Florissant | MO | 63033 |
| Field Box North | 2778 N US Hwy 67 | Florissant | MO | 63033 |
| Halls Ferry Fuel Mart | 12815 New Halls Ferry Rd. | Florissant | MO | 63033 |
| J and J Market | 2164 N Waterford | Florissant | MO | 63033 |
| Meyer's Cafe | 1767 N. New Florissant | Florissant | MO | 63033 |
| Rookies #1 | 6825 Parker Rd. | Florissant | MO | 63033 |
| J and J Market | 2164 N Waterford - | Florissant | MO | 63033 |
| Bunkers Tavern | 297 Rue St. Francois | Florissant | MO | 63031 |
| Holeshotz | 2905 Patterson Rd. | Florissant | MO | 63031 |
| Quick Stop | 1091 Gravois Rd. | Fenton | MO | 63026 |
| Vapor World Fenton | 672 Gravois Bluffs Blvd. E | Fenton | MO | 63026 |
| Liquor & Smoke House | 40 New Sugar Creek Rd. | Fenton | MO | 63026 |
| Vapor World Fenton | 672 Gravois Bluffs Blvd E | Fenton | MO | 63026 |
| BP | 101 Old Sugar Creek Rd., | Fenton | MO | 63026 |
| VP Racing Fuel (Quick Stop) | 1091 Gravois Rd. | Fenton | MO | 63026 |
| Zephyr Express | 2009 Smitzer Station Rd. | Valley Park | MO | 63026 |
| Eureka Super 8 | 1733 W Fifth St. | Eureka | MO | 63025 |
| Poor Richard's Restaurant & Sports Bar | 108 Hilltop Village Center Dr. A | Eureka | MO | 63025 |
| Poor Richard's Restaurant & Sports Bat 108 | Hilltop Village Center Dr. A | Eureka | MO | 63025 |
| Discount Liquors & Smoke Shop | 701 Big Bend Rd. | Manchester | MO | 63021 |
| Phillips 66 Desoto | 614 N. Main Street | Desoto | MO | 63020 |
| Aqueous Vapor Ballwin | 15001 Manchester Rd. | Ballwin | MO | 63011 |
| Discount Smoke Shop #17 | 14666 Manchester Rd. | Ballwin | MO | 63011 |
| Alibi 25 | 15856 Clayton Rd. | Ellisville | MO | 63011 |
| Auto Spa Etc/ Mobil On The Run | #8 Ellisville Towne Centre Dr. | Ellisville | MO | 63011 |
| Wedge P66 | 10620 New Halls Ferry | Ferguson | MO | 63011 |
| One Stop Liquor Manchester | 14173 Manchester Rd. | Manchester | MO | 63011 |
| Country Club Car Wash #1300 | 17195 Chesterfield Airport Rd. | Chesterfield | MO | 63005 |
| Training Shop | 700 Spirit of St. Louis Blvd | Chesterfield | MO | 63005 |
| Wildhorse Creek Mobil | 17287 Wild Horse Creek Rd. | Chesterfield | MO | 63005 |