# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Patrick Romano ; | Torch Electronics, LLC ; |
| **County of Residence:** Outside This District | **County of Residence:** Cole County |
| Additional Plaintiff(s): | Additional Defendants(s): |
| Joshua Wilson ; | Steven Miltenberger ; |
| Krystal Christensen ; | Warrenton Oil Company ; |
| Jeffrey Cordaro ; | Mohammed Almuttan ; |
| Carmen Weaver ; | Mally, Inc. ; |
| Monica McGee ; | Rami Almuttan ; |
| Mary Bolden ; | |

**County Where Claim For Relief Arose:** Cole County

**Plaintiff's Attorney(s):**

Joe D. Jacobson (Patrick Romano)
Jacobson Press P.C.
222 S. Central Ave., Suite 550
Clayton, Missouri 63105
**Phone:** 314-899-9789
**Fax:** 314-899-0282
**Email:** Jacobson@ArchCityLawyers.com

Christopher O. Miller (Mary Bolden)
Amundsen Davis LLC
120 S. Central Ave., Ste. 700
Clayton, Missouri 63105
**Phone:** 314-854-5304
**Fax:** 314-719-3721
**Email:** comiller@amundsendavislaw.com

Gene J. Brockland (Mary Bolden)
Amundsen Davis LLC
120 S. Central Ave.
Clayton, Missouri 63105
**Phone:** 314-719-3700
**Fax:** 314-719-3721
**Email:** gbrockland@amundsendavislaw.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 470 Civil RICO Actions

**Cause of Action:** Civil RICO (18 U.S.C. §1962(c),(d)); Missouri Merchandising Practices Act (407.025 RSMo.); Money Lost (434.030 RSMo.)

**Requested in Complaint**

    **Class Action:** Class Action Under FRCP23

    **Monetary Demand (in Thousands):** $5 million+

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Christopher O. Miller

**Date:** 3/3/23

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.