**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| PATRICK ROMANO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 23-04043-CV-WJE |
| | ) | |
| TORCH ELECTRONICS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Please note that Todd P. Graves and J. Aaron Craig of Graves Garrett LLC hereby enter their appearance as counsel for Defendants Torch Electronics, LLC and Steven Miltenberger in the above referenced matter.

Dated:  March 23, 2023    Respectfully submitted,

GRAVES GARRETT LLC

By: _/s/ Todd P. Graves_
   Todd P. Graves (MO Bar #41319)
   J. Aaron Craig (MO Bar #62041)
   1100 Main Street, Suite 2700
   Kansas City, MO 64105
   Phone: (816) 256-3181
   Fax: (816) 256-5958
   tgraves@gravesgarrett.com
   acraig@gravesgarrett.com

   **Attorneys for Defendants Torch Electronics,**
   **LLC and Steven Miltenberger**

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_/s/ Todd P. Graves_____
Attorney for Defendants Torch
Electronics, LLC and Steven Miltenberger