IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PATRICK ROMANO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 23-04043-CV-WJE |
| | ) |
| TORCH ELECTRONICS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Warrenton Oil Company ("Warrenton"), by and through its undersigned counsel, and pursuant to Fed. Rule Civ. P. 7.1 and Local Rule 7.1, declares that it has no parent corporation, subsidiary, or affiliate that has issued shares to the public. No parent corporation and/or publicly held corporation owns 10% or more of stock in Warrenton.

Dated: April 11, 2023

Respectfully submitted,

GRAVES GARRETT LLC

By: /s/ Todd P. Graves
Todd P. Graves (MO Bar #41319)
J. Aaron Craig (MO Bar #62041)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
tgraves@gravesgarrett.com
acraig@gravesgarrett.com

**Attorneys for Defendant Warrenton Oil Company**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      */s/ Todd P. Graves*
Attorneys for Defendant Warrenton Oil Company