UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PATRICK ROMANO, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 2:23-CV-04043-WJE |
| TORCH ELECTRONICS, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## DEFENDANT MALLY, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Mally, Inc. ("Mally"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, declares that it has no parent corporation, subsidiary, or affiliate that has issued shares to the public. Additionally, no parent corporation or publicly held corporation owns 10% or more of stock in Mally.

Respectfully submitted,

**Margulis Gelfand, LLC**

*/s/ Ian T. Murphy*
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: (314) 390-0234
Facsimile: (314) 485-2264
justin@margulisgelfand.com
ian@margulisgelfand.com
***Counsel for Mally, Inc.***

<u>**Certificate of Service**</u>

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

<u>*/s/ Ian T. Murphy*</u>
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: (314) 390-0234
Facsimile: (314) 485-2264
justin@margulisgelfand.com
ian@margulisgelfand.com
***Counsel for Mally, Inc.***
