IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PATRICK ROMANO, JOSHUA WILSON, KRYSTAL CHRISTENSEN, JEFFREY CORDARO, CARMEN WEAVER, MONICA MCGEE, and MARY BOLDEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>TORCH ELECTRONICS, LLC, STEVEN MILTENBERGER, WARRENTON OIL COMPANY, MOHAMMED ALMUTTAN, MALLY, INC., and RAMI ALMUTTAN,<br><br>    Defendants. | Case No.: 2:23-cv-04043-BCW |

## DECLARATION OF MARY BOLDEN

I, Mary Bolden declare under penalty of perjury that the following is true and correct and based upon my personal knowledge:

1. I am a plaintiff in this lawsuit and am represented by lawyers from the law firms of Jacobson Press P.C. and Amundsen Davis, LLC. I am submitting this declaration in support of plaintiffs' motion for class certification.

2. I understand this case is brought for people who, like me, lost money playing slot machines operated by Torch Electronics at gas stations, restaurants, and other places of public accommodation throughout Missouri.

3. On February 16, 2023, I lost $40 playing a Torch slot machine inside Wellston Food Market at 6250 Page Ave., St. Louis, MO 63133.

1

4. On many other occasions, I have lost money playing Torch slot machines inside gas stations located at 7329 St. Charles Rock Rd., St. Louis, MO, 63133, and 6150 Natural Bridge Ave., St. Louis, MO, 63120.

5. I have seen many other people play Torch's slot machines at these locations. The slot machines are popular.

6. I understand this lawsuit is filed as a class action. If the Court certifies this case as a class action, I am willing and able to serve as a class representative.

7. I have kept in contact with my lawyers about the case and will continue to do so as a class representative.

8. As a class representative, I will monitor this case make sure that progress is made on my behalf and on behalf of my fellow class members. I will be available to testify in deposition or at trial if requested and will otherwise participate in the completion of discovery in the case.

9. I understand that as a class representative it is my responsibility to make sure that the lawyers do their job on behalf of the class, to offer my views in connection with any proposed settlement, and to serve as a fiduciary to the other class members. I understand that by being a fiduciary, I will need to take into account the best interests of all the class members when acting as a class representative and not just do what is best for myself without also doing what is best for the other class members.

10. I am not aware of any fact or circumstance that would make my claims different in any meaningful way from the claims of the members of the class in general. I am not aware of any fact or circumstances that would give any defendant a defense against my claims that they would not have against the claims of the members of the class in general. I am not employed by any defendant and have no personal or business relationship with any defendant. I have no preexisting

relationship with any of the lawyers at the Jacobson Press P.C. and Amundsen Davis, LLC law firms and am not aware of anyone with whom I am related being employed by either law firm.

Signed under penalty of perjury under 28 U.S.C. § 1746 this __3rd__ day of May, 2023.

*Mary Bolden*
MARY BOLDEN