IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PATRICK ROMANO, JOSHUA WILSON, KRYSTAL CHRISTENSEN, JEFFREY CORDARO, CARMEN WEAVER, MONICA MCGEE, and MARY BOLDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>TORCH ELECTRONICS, LLC, STEVEN MILTENBERGER, WARRENTON OIL COMPANY, MOHAMMED ALMUTTAN, MALLY, INC., and RAMI ALMUTTAN,<br><br>Defendants. | Case No.: 2:23-cv-04043- BCW |

## **DECLARATION OF MONICA MCGEE**

I, Monica McGee declare under penalty of perjury that the following is true and correct and based upon my personal knowledge:

1. I am a plaintiff in this lawsuit and am represented by lawyers from the law firms of Jacobson Press P.C. and Amundsen Davis, LLC. I am submitting this declaration in support of plaintiffs' motion for class certification.

2. I understand this case is brought for people who, like me, lost money playing slot machines operated by Torch Electronics at gas stations, restaurants, and other places of public accommodation throughout Missouri.

3. On February 6, 2023, I lost $55 playing a Torch slot machine inside Beverly Hills Supermarket at 6714 Natural Bridge Rd., St. Louis MO.

4. A few days later, I lost $100 playing a Torch slot machine inside Hotshots Sports Bar & Grill at 12154 St. Charles Rock Rd., Bridgeton MO 63044.

5. On February 19, 2023, I lost $20 playing a Torch slot machine located inside BP at 7430 Natural Bridge Road., Normandy MO 63121.

6. On March 1, 2023, I lost $45 playing a Torch slot machine located inside Hotshots Sports Bar & Grill at 12154 St. Charles Rock Rd., Bridgeton MO 63044.

7. On many other occasions, I have lost money playing Torch slot machines inside Acapulco Restaurant & Lounge at 10114 St. Charles Rock Rd., St. Ann, MO 63074

8. I have seen many other people play Torch's slot machines at these locations. The slot machines are popular.

9. I understand this lawsuit is filed as a class action. If the Court certifies this case as a class action, I am willing and able to serve as a class representative.

10. I have kept in contact with my lawyers about the case and will continue to do so as a class representative.

11. As a class representative, I will monitor this case make sure that progress is made on my behalf and on behalf of my fellow class members. I will be available to testify in deposition or at trial if requested and will otherwise participate in the completion of discovery in the case.

12. I understand that as a class representative it is my responsibility to make sure that the lawyers do their job on behalf of the class, to offer my views in connection with any proposed settlement, and to serve as a fiduciary to the other class members. I understand that by being a fiduciary, I will need to take into account the best interests of all the class members when acting as a class representative and not just do what is best for myself without also doing what is best for the other class members.

13. I am not aware of any fact or circumstance that would make my claims different in any meaningful way from the claims of the members of the class in general. I am not aware of any

fact or circumstances that would give any defendant a defense against my claims that they would not have against the claims of the members of the class in general. I am not employed by any defendant and have no personal or business relationship with any defendant. I have no preexisting relationship with any of the lawyers at the Jacobson Press P.C. and Amundsen Davis, LLC law firms and am not aware of anyone with whom I am related being employed by either law firm.

Signed under penalty of perjury under 28 U.S.C. § 1746 this **3rd** day of May, 2023.

_____
MONICA MCGEE

3