IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

PATRICK ROMANO, JOSHUA WILSON, )
KRYSTAL CHRISTENSEN, JEFFREY )
CORDARO, CARMEN WEAVER, )
MONICA MCGEE, and MARY BOLDEN, )
individually and on behalf of all others )
similarly situated, )
                                )
        Plaintiffs, )
vs. )    Case No.: 2:23-cv-04043- BCW
                                )
TORCH ELECTRONICS, LLC, STEVEN )
MILTENBERGER, WARRENTON OIL )
COMPANY, MOHAMMED ALMUTTAN, )
MALLY, INC., and RAMI ALMUTTAN, )
                                )
        Defendants. )

## DECLARATION OF PATRICK ROMANO

I, Patrick Romano, declare under penalty of perjury that the following is true and correct and based upon my personal knowledge:

1. I am a plaintiff in this lawsuit and am represented by lawyers from the law firms of Jacobson Press P.C. and Amundsen Davis, LLC. I am submitting this declaration in support of plaintiffs' motion for class certification.

2. I understand this case is brought for people who, like me, lost money playing slot machines operated by Torch Electronics at gas stations, restaurants, and other places of public accommodation throughout Missouri.

3. On February 2, 2023, I lost $18 playing a Torch slot machine inside Fast Lane at 512 N. 1st St., Jonesburg MO 63351

4. On January 28, 2023, I lost $20 playing a Torch slot machine inside Las Trojas Restaurant at 2930 W. Edgewood Dr., Jefferson City, MO 65109.

5. On January 3, 2023, I lost $3 playing a Torch slot machine inside Fast Lane at 3154 US Hwy 54, Kingdom City, MO 65262

6. I understand this lawsuit is filed as a class action. If the Court certifies this case as a class action, I am willing and able to serve as a class representative.

7. I have kept in contact with my lawyers about the case and will continue to do so as a class representative.

8. As a class representative, I will monitor this case make sure that progress is made on my behalf and on behalf of my fellow class members. I will be available to testify in deposition or at trial if requested and will otherwise participate in the completion of discovery in the case.

9. I understand that as a class representative it is my responsibility to make sure that the lawyers do their job on behalf of the class, to offer my views in connection with any proposed settlement, and to serve as a fiduciary to the other class members. I understand that by being a fiduciary, I will need to take into account the best interests of all the class members when acting as a class representative and not just do what is best for myself without also doing what is best for the other class members.

10. I am not aware of any fact or circumstance that would make my claims different in any meaningful way from the claims of the members of the class in general. I am not aware of any fact or circumstances that would give any defendant a defense against my claims that they would not have against the claims of the members of the class in general. I am not employed by any defendant and have no personal or business relationship with any defendant. I have no preexisting relationship with any of the lawyers at the Jacobson Press P.C. and Amundsen Davis, LLC law firms and am not aware of anyone with whom I am related being employed by either law firm.

Signed under penalty of perjury under 28 U.S.C. § 1746 this __3__ day of May, 2023.

_____
PATRICK ROMANO

3