IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
Central Division

| | |
|---|---|
| PATRICK ROMANO, *et al.*, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No.: 2:23-cv-04043-BCW |
| vs. ) ) | JURY TRIAL DEMANDED |
| TORCH ELECTRONICS, LLC, *et al.*, ) ) | |
| Defendants. ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE FOR PERMISSION TO FILE A MEMORANDUM OF LAW IN EXCESS OF THE LOCAL RULE PAGE LIMITS**

Plaintiffs intend to move in the near future for class certification under Rule 23, F.R.Civ.P.

Plaintiffs' draft memorandum of law in support of their motion for class certification is 30 pages in length, exceeding the 15-page limit set by local rule. Plaintiffs therefore request leave to file a 30-page memorandum of law in support of their motion for class certification.

Plaintiffs have consulted with defendants and can report that all defendants who have entered in the case consent to the additional pages,

1

provided that plaintiffs in turn consent to defendants being allowed 30 pages for their memoranda of law in opposition to the motion. Plaintiffs are in agreement with this.[1]

WHEREFORE, plaintiffs move that the court enter an order allowing the parties to file memoranda of law in support and in opposition to the soon-to-be-filed motion for class certification of up to 30 pages each.

> Respectfully submitted
>
> JACOBSON PRESS P.C.
>
> By: /s/ Joe D. Jacobson
> Joe D. Jacobson #33715
> 222 South Central Ave., Suite 550
> Clayton, Missouri 63105
> Tel: (314) 899-9789
> Direct: (314) 899-9790
> Fax: (314) 899-0282
> Jacobson@ArchCityLawyers.com
>
> (signature block continues next page)

---

[1] Plaintiff did not have any communications with defendant Rami Almuttan who, although served, has not entered in the case and is out of time to answer to otherwise respond to the complaint.

Gene J. Brockland #32770
Christopher O. Miller #70251
120 S. Central Ave., Suite 700
Clayton, Missouri 63105
Tel: (314) 719-3700
Fax: (314) 719-3721
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com

Attorneys for plaintiffs Patrick Romano, Joshua Wilson, Krystal Christensen, Jeffrey Cordaro, Carmen Weaver, Monica McGee, and Mary Bolden

## CERTIFICATE OF SERVICE

The filing attorney certifies that on May 5, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic case filing system upon all participants in the Court's electronic case filing system.

The filing attorney further certifies that on that same date a paper copy was mailed to defendant Rami Almuttan, 516 Shadow Mountain Ct., Ballwin, MO 63011, by U.S. Mail, first-class postage prepaid.