UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| PATRICK ROMANO, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:23-cv-04043-BCW |
| vs. | ) |
| | ) |
| TORCH ELECTRONICS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT RAMI ALMUTTAN'S JOINDER IN SUGGESTIONS IN SUPPORT OF PARTIAL MOTION TO DISMISS FILED BY DEFENDANTS MOHAMMED ALMUTTAN AND MALLY, INC

Comes now Defendant, Rami Almuttan, and hereby joins in co-defendants, Mohammed Almuttan and Mally Inc's Suggestions in Support of Partial Motion to Dismiss [ECF Doc. 38]. Specifically, it is alleged by Plaintiffs' that Defendant Rami Almuttan and Mohammed Almuttan are brothers and are referred to in the collective as the "Almuttan Brothers" throughout Plaintiffs' Complaint (*See*, ECF Doc. 1, page 3, para. 15). Plaintiffs' also allege that the Almuttan Brothers are both shareholders of Mally and together manage its day-to-day operations (*Id,* at para. 16). The Plaintiffs' Complaint makes very little difference between Defendants Rami Almuttan and Mohammed Almuttan and thus each defendant is similarly situated with one another.

Defendant Rami Almuttan is seeking the same relief as co-defendants Mohammed Almuttan and Mally, Inc. The Suggestions in Support of Partial Motion to Dismiss filed by these co-defendants are identical to the arguments Defendant Rami Almuttan would make herein.

For these reasons, and for judicial efficiency purposes, Defendant Rami Almuttan joins in the afore-referenced Suggestions in Support of Partial Motion to Dismiss [ECF Doc. 38] and

respectfully requests that this Court enter an Order dismissing Counts I and III of Plaintiffs' Complaint for failing to state a claim upon which relief may be granted, and for such other and further relief as this Court may deem just and proper under the circumstances.

Respectfully submitted,

FRANK, JUENGEL & RADEFELD
ATTORNEYS AT LAW, P.C.

By: */s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD (#52288)
*Attorney for Defendant Rami Almuttan*
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777
mradefeld@fjrdefense.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on ***May 23, 2023*** the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Counsel for Defendant:

By: */s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD
