IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
Central Division

| | | |
|---|---|---|
| PATRICK ROMANO *et al.*, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: 2:23-cv-04043-BCW |
| TORCH ELECTRONICS, LLC, *et al.*, | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

The parties jointly propose that the Court enter the attached proposed protective order.

                                            Respectfully submitted,

                                            JACOBSON PRESS P.C.

By:    <u>/s/ Joe D. Jacobson</u>
          Joe D. Jacobson, #33715 (MO)
          222 South Central Ave., Suite 550
          Clayton, Missouri 63105
          Tel: (314) 899-9789
          Direct: (314) 899-9790
          Fax: (314) 899-0282
          Jacobson@ArchCityLawyers.com

1

AMUNDSEN DAVIS LLC

Gene J. Brockland #32770 (MO)
Christopher O. Miller #70251 (MO)
120 S. Central Ave., Suite 700
Clayton, Missouri 63105
Tel: (314) 719-3700
Fax: (314) 719-3721
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com

Attorneys for plaintiffs Patrick Romano, Joshua Wilson, Krystal Christensen, Jeffrey Cordaro, Carmen Weaver, Monica McGee, and Mary Bolden

GRAVES GARRETT LLC

By: /s/ J. Aaron Craig
Todd P. Graves #41319 (MO)
J. Aaron Craig #62041 (MO)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Tel: (816) 256-3181
Fax: (816) 256-5958
tgraves@gravesgarrett.com
acraig@gravesgarrett.com

Attorneys for Defendants Torch Electronics, LLC, Steven Miltenberger, and Warrenton Oil Company

2

|     | MARGULIS GELFAND, LLC |
| --- | --- |
| By: | /s/ Justin K. Gelfand |
|     | Justin K. Gelfand, #62265 (MO) |
|     | Ian T. Murphy, #68289 (MO) |
|     | 7700 Bonhomme Ave., Ste. 750 |
|     | St. Louis, MO 63105 |
|     | Tel: (314) 390-0234 |
|     | Fax: (314) 485-2264 |
|     | justin@margulisgelfand.com |
|     | ian@margulisgelfand.com |
|     |     |
|     | Counsel for Mohammed Almuttan and Mally, Inc. |

|     | FRANK, JUENGEL & RADEFELD ATTORNEYS AT LAW, P.C. |
| --- | --- |
| By: | /s/ Matthew A. Radefeld |
|     | Matthew A. Radefeld, #52288 (MO) |
|     | 7710 Carondelet Ave., Suite 350 |
|     | Clayton, Missouri 63105 |
|     | Tel: (314) 725-7777 |
|     | mradefeld@fjrdefense.com |
|     |     |
|     | Attorney for Defendant Rami Almuttan |

## CERTIFICATE OF SERVICE

Joe D. Jacobson, the filing attorney, certifies that on May 24, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic case filing system upon all participants in the Court's electronic case filing system.