IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PATRICK ROMANO, JOSHUA WILSON, KRYSTAL CHRISTENSEN, JEFFREY CORDARO, CARMEN WEAVER, MONICA MCGEE, and MARY BOLDEN, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | Case No.: 2:23-cv-04043-BCW |
| TORCH ELECTRONICS, LLC, STEVEN MILTENBERGER, WARRENTON OIL COMPANY, MOHAMMED ALMUTTAN, MALLY, INC., and RAMI ALMUTTAN, | ) ) ) ) ) | |
| Defendants. | ) | |

## DESIGNATION OF MEDIATOR CERTIFICATE

The parties jointly designate Jay Daugherty from the Court's List of Mediators to conduct the MAP mediation in this case. The mediation will be held on August 11, 2023 at 9:00 a.m. at Jay Daugherty Mediation & Arbitration, 4717 Grand, Suite 830, Kansas City, Missouri 64112.

JACOBSON PRESS, P.C.

By: /s/ Joe D. Jacobson
Joe D. Jacobson, #33715
222 South Central Avenue, Suite 550
Clayton, MO 63105
Tel: (314) 899-9790
Fax: (314) 899-0282
jacobson@archcitylawyers.com

AMUNDSEN DAVIS, LLC

By: */s/ Gene J. Brockland*
Gene J. Brockland, #32770
Christopher O. Miller, #70257
120 South Central Avenue, Suite 700
St. Louis, Missouri 63105
Tel: (314) 719-3700
Fax: (314) 719-3710
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com
*Attorneys for Plaintiff Carmen Weaver, Jeffrey Cordaro, Joshua Wilson, Krystal Christensen, Mary Bolden, Monica McGee, and Patrick Romano*


GRAVES GARRETT, LLC


By: */s/ Todd P. Graves*
Todd P. Graves, #41319
James Aaron Craig, #62041
1100 Main Street, Suite 2700
Kansas City, MO 64105
Tel: (417) 880-8506
tgraves@gravesgarrett.com
acraig@gravesgarrett.com
*Attorney for Defendants Torch Electric, Steven Miltenberger and Warrenton Oil Company*

MARGULIS GELFAND, LLC

By: */s/ Justin K. Gelfand*
Justin K. Gelfand, #62265
Ian Talbot Murphy, #68289
7700 Bonhomme, Suite 750
St. Louis, Missouri 63105
Tel: (314) 390-0234
justin@margulisgelfand.com
ian@margulisgelfand.com
*Attorney for Defendant Mally, Inc. and Mohammed Almuttan*

FRANK, JUENGEL & RADEFELD

By: */s/ Matthew A. Radefeld*
Matthew A. Radefeld #52288
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
Tel: (314) 725-7777
Fax; (314) 721-4377
mradefeld@fjdefense.com
*Attorney for Defendant Rami Almuttan*

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

By: */s/ Gene J. Brockland*
Gene J. Brockland, #32770
Christopher O. Miller, #70257
Amundsen Davis, LLC
120 South Central Avenue, Suite 700
St. Louis, Missouri 63105
Tel: (314) 719-3700
Fax: (314) 719-3710
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com

*Attorneys for Plaintiff Carmen Weaver, Jeffrey Cordaro, Joshua Wilson, Krystal Christensen, Mary Bolden, Monica McGee, and Patrick Romano*