IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PATRICK ROMANO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-04043-CV-BCW |
| TORCH ELECTRONICS, LLC, et al., | ) |
| Defendants. | ) |

### NOTICE TO TAKE DEPOSITION OF KRYSTAL CHRISTENSEN

| | |
|---|---|
| To: | All Counsel of Record. |
| Date & Hour: | The deposition will begin at **3:00 pm on June 7, 2023** and will continue until the deposition is complete. |
| Place: | The deposition will occur via Zoom. Information regarding the Zoom link will be provided separately. If any party wishes to participate live, please contact Plaintiffs' counsel to check availability and location. |
| Method of Recording: | Stenographic and videographic means before a certified court reporter. The court reporter will be as follows:<br><br>Pohlman USA<br>Two Pershing Square<br>2300 Main Street, Suite 900<br>Kansas City, MO 84108 |

PLEASE TAKE NOTICE that Defendants Torch Electronics, LLC, et al. will take the class certification deposition of Plaintiff Krystal Christensen pursuant to Federal Rules of Civil Procedure 30 and 45 as described above.

Respectfully submitted,

**GRAVES GARRETT LLC**

*s/ J. Aaron Craig*

Todd P. Graves #41319 (MO)
J. Aaron Craig #62041 (MO)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
tgraves@gravesgarrett.com
acraig@gravesgarrett.com

Attorneys for Defendants Torch Electronics, LLC, Steven Miltenberger, and Warrenton Oil Company

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

*s/ J. Aaron Craig*

Attorney for Defendants Torch Electronics, LLC, Steven Miltenberger, and Warrenton Oil Company