IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PATRICK ROMANO, JOSHUA WILSON, KRYSTAL CHRISTENSEN, JEFFREY CORDARO, CARMEN WEAVER, MONICA MCGEE, and MARY BOLDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TORCH ELECTRONICS, LLC, STEVEN MILTENBERGER, WARRENTON OIL COMPANY, MOHAMMED ALMUTTAN, MALLY, INC., and RAMI ALMUTTAN,<br><br>Defendants. | Case No.: 2:23-cv-04043-WJE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of June, 2023, he served Plaintiffs Rule 26 Disclosures via electronic mail to all counsel of record.

Respectfully Submitted,

AMUNDSEN DAVIS, LLC

By: */s/ Christopher O. Miller*
Gene J. Brockland, #32770
Christopher O. Miller, #70251
120 South Central Avenue, Suite 700
Clayton, Missouri 63105
Tel: (314) 719-3700
Fax: (314) 719-3710
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com

1

## Certificate of Service

The undersigned hereby certifies on this 19th day of June, 2023, the foregoing was electronically filed with the Clerk of the court and served upon all counsel of record via the court's electronic filing system.

                                                      */s/ Christopher O. Miller*