UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PATRICK ROMANO, *et al.*, | ) |
|     Plaintiffs, | ) |
| v. | ) No. 2:23-CV-04043-WJE |
| TORCH ELECTRONICS, LLC, *et al.*, | ) |
|     Defendants. | ) |

## UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE SUGGESTIONS IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendants Mohammed Almuttan, Mally, Inc., Torch Electronics, LLC, Steven Miltenberger, Warrenton Oil Company, and Rami Almuttan (collectively, "Defendants") respectfully and jointly move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an Order extending the deadline for Defendants to file Suggestions in Opposition to Plaintiffs' Motion for Class Certification. (Doc. 30). As it stands, Defendants' Suggestions in Opposition are due June 30, 2023. (Doc. 46). Defendants respectfully request an additional 14 days. Plaintiffs do not oppose this request for an extension.

### I.    Relevant Background

On March 3, 2023, Plaintiffs filed a Complaint alleging (1) a civil RICO claim; (2) violations of the Missouri Merchandising Practices Act; and (3) money lost under Section 434.030 of the Revised Statutes of Missouri. (*See* Doc. 1). Defendants thereafter filed Partial Motions to Dismiss which remain pending before this Court. No party has yet filed an Answer to Plaintiffs' Complaint.

On May 5, 2023, Plaintiffs filed a Motion for Class Certification. (Doc. 30). After this Court denied Plaintiffs' request to file excess pages in support of their motion, Plaintiffs filed

Suggestions in Support on May 15, 2023. (Doc. 36).

On May 24, 2023, the parties jointly requested additional time for Defendants to file Suggestions in Opposition to Plaintiffs' Motion for Class Certification. (*See* Doc. 45). In the motion, the parties noted that the Joint Proposed Scheduling Order contemplated that limited class certification-related discovery was necessary and appropriate prior to completion of the class certification process. (*See id.*). Specifically, the parties noted they had agreed to certification-related depositions of the named Plaintiffs. (*See id.*). On May 24, 2023, this Court granted the parties' request for additional time, extending the deadline to respond to Plaintiffs' Motion for Class Certification to June 30, 2023. (Doc. 46).

**II.     Discussion**

The parties have worked diligently to coordinate depositions of the named Plaintiffs and, as of the afternoon of June 20, 2023, the parties have completed six of the seven named Plaintiffs' depositions.[1] However, as it stands, the parties are still waiting to receive transcripts of the depositions.

As this Court is aware, a "rigorous analysis" is required to determine whether the requirements for class certification have been satisfied. *See, e.g., Postawko v. Missouri Dep't of Corr.*, 910 F.3d 1030, 1036 (8th Cir. 2018) (citing *Gen. Tel. Co. of Sw. v. Falcon*, 457 U.S. 147, 161 (1982)). And, as district courts in the Eighth Circuit routinely recognize, "[w]ithout discovery in this case, the Court cannot undertake the rigorous analysis required of the class allegations." *Goyette v. City of Minneapolis*, No. 20-CV-1302 (WMW/DTS), 2020 WL 3056705, at *5 (D. Minn. June 9, 2020) (quoting *Keech v. Sanimax USA, LLC*, Civ. No. 18-683, 2019 WL 79005, at

---

[1] The parties have not been able to complete Plaintiff Krystal Christensen's class certification deposition. It is possible that deposition might still occur in the near future. In any event, Defendants do not intend to seek any further extension of time to oppose Plaintiffs' motion for class certification beyond what is requested in this motion based on the timing of Ms. Christensen's class certification deposition.

*5 (D. Minn. Jan. 2, 2019)).

While the certification-related depositions were recently completed, the parties are still waiting to receive and review the transcripts and, as such, Defendants have nothing but their notes and best recollection of what transpired at the depositions as they begin to prepare their Suggestions in Opposition. Correspondingly, this Court's requisite "rigorous analysis" will be benefited by a brief extension of time that will allow the parties to make use of the not-yet-prepared transcripts from the depositions of the Plaintiffs in this case. Once the transcripts are received, Defendants will require sufficient time to review and make use of the transcripts as they aim to provide the Court with a thorough understanding of the facts in an effort to aid the Court in its rigorous analysis of Plaintiffs' Motion for Class Certification.

The relief sought in this motion is not intended to cause undue delay but, rather, simply to allow sufficient time for Defendants to prepare substantive responses to Plaintiffs' Motion for Class Certification aided by transcripts of the class certification-related depositions of the named Plaintiffs.

### III.    Conclusion

Based on the foregoing, Defendants jointly and respectfully request that this Court grant this Unopposed Motion for an Extension of Time to file Suggestions in Opposition to Plaintiffs' Motion for Class Certification, and enter an Order allowing Defendants until July 14, 2023, to file their Suggestions in Opposition, and for such other and further relief as this Court deems necessary and proper under the circumstances.

Respectfully submitted,

**Margulis Gelfand, LLC**

*/s/ Ian T. Murphy*
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: (314) 390-0234
Facsimile: (314) 485-2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Counsel for Mohammed Almuttan and Mally, Inc.*

---and---

**Graves Garrett, LLC**

*/s/ J. Aaron Craig*
Todd P. Graves #41319 (MO)
J. Aaron Craig #62041 (MO)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
tgraves@gravesgarrett.com
acraig@gravesgarrett.com
*Counsel for Defendants Torch Electronics, LLC, Steven Miltenberger, and Warrenton Oil Company*

---and---

**Frank, Juengel & Radefeld Attorneys At Law, P.C.**

*/s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD (#52288)
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777
mradefeld@fjrdefense.com
*Counsel for Defendant Rami Almuttan*

4

## Certificate of Service

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

*/s/ Ian T. Murphy*
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: (314) 390-0234
Facsimile: (314) 485-2264
justin@margulisgelfand.com
ian@margulisgelfand.com
***Counsel for Mohammed Almuttan and Mally, Inc.***
