

# PohlmanUSA®
## Court Reporting and Litigation Services

Monica McGee

June 20, 2023

Patrick Romano, et al.

vs.

Torch Electronics, LLC, et al.

**Page 18**

1 your card, or how does that work?
2   A. You give them your ID, and get a card with
3 your name on it.
4   Q. Okay.
5   A. Yes, and it has a number on it.
6   Q. And so, they -- they track what you've spent
7 there in the past, what you've won there in the past,
8 etc.?
9   A. Yes, is my understanding.
10  Q. It's a separate card for each of these
11 different casino? It's not like it's one card for the
12 whole place?
13  A. Not to my knowledge.
14  Q. Okay. Do you -- I think you may have
15 already said this, but do you always use the player's
16 card when you're there?
17  A. No.
18  Q. Okay. What helps you decide whether to use
19 it or not to use it on a given night?
20  A. It's just a myth for me. I think if they
21 know who you are, they don't let you in.
22  Q. Okay. What do you mean -- what do you mean
23 by that?
24  A. Sometimes I just think it's based on who you
25 are with your card with your number -- not so much who

**Page 19**

1 you are, but the number. That's how I feel. It
2 doesn't make it true, it's just what I think.
3   Q. Have they ever not let you know?
4   A. No, I've always gotten in.
5   Q. Okay. Have you ever been asked to leave a
6 casino?
7   A. No, never.
8   Q. Other than at these casinos that we've
9 talked about, do you ever gamble anywhere else like at
10 a horse track or sports betting or anything like that?
11  A. No.
12  Q. Do you ever use any online betting apps?
13  A. No.
14  Q. Okay. So, when it comes to gambling, it's
15 purely slot machines at casinos, and then you've
16 played these Torch machines.
17  A. (Nod of head.)
18  Q. No other -- no other gambling?
19  A. No.
20  Q. Okay. You said it was approximately
21 one-and-a-half years ago that you first used one of
22 these Torch devices at the Acapulco Mexican
23 restaurant?
24  A. I believe that was the location when I first
25 played.

**Page 20**

1   Q. Do you remember how many of the Torch
2 machines there were at this location?
3   A. I don't know back then. But now I think
4 it's like three or four, if I remember correctly.
5   Q. So, you think -- you think there's three or
6 four there if we were to go there today?
7   A. Today, yes.
8   Q. Okay. When was the last time you played one
9 of these Torch machines?
10  A. Early this year. I'm not sure exactly the
11 date.
12  Q. Have you played at all since this lawsuit
13 was filed?
14  A. No.
15  Q. Do you know which specific games on the
16 Torch device you play?
17  A. I don't know the name of 'em.
18  Q. Do you always play the same one, or do you
19 move it around?
20  A. I move it around, pick different screens.
21  Q. Okay. The first time you played, if you can
22 remember, do you know how much money you spent on the
23 Torch machine?
24  A. No, not 'pecific.
25  Q. Have you ever read any of the labeling that

**Page 21**

1 are on the Torch machines?
2   A. Other than how the game played, like?
3   Q. I mean like if there's any stickers or
4 writing or anything on the machine?
5   A. No.
6   Q. Did you read any of the disclaimers on the
7 machine or anything like that?
8   A. No.
9   Q. Have you -- is it fair to say you've only
10 looked at the words that are -- that appear on the
11 screen as opposed to anywhere on the device itself?
12  A. Yes.
13  Q. Okay. So, is it fair to say that if there
14 were stickers or disclaimers or anything on the
15 machine, you didn't read those and, therefore, you
16 didn't, like, rely on anything that was written in
17 those, correct?
18  A. Correct.
19  Q. How do you know that it was a Torch device
20 that you were playing?
21  A. After I talked with the attorneys.
22  Q. Okay. So, when you played you -- you didn't
23 have any idea whose machine this was or -- or who
24 owned it or anything like that?
25  A. No, not exactly.

6 (Pages 18 to 21)

PohlmanUSA Court Reporting
(877) 421-0099   www.PohlmanUSA.com
Case 2:23-cv-04043-BCW   Document 72-4   Filed 07/14/23   Page 2 of 6

**Page 22**

1  Q. And you first became aware of that when you
2  talked to some attorneys?
3  A. Yes.
4  Q. Okay. Do you know an individual named
5  Mohammed Almuttan?
6  A. No.
7  Q. Have you ever met him, to your knowledge?
8  A. No.
9  Q. Never communicated with him in any way,
10 shape, or form?
11 A. No.
12 Q. Would you recognize him if you saw him?
13 A. No.
14 Q. Do you have any idea who he is or what he
15 does?
16 A. I have an idea of who he is from the
17 lawsuit --
18 Q. Okay.
19 A. -- but...
20 Q. Other than from the lawsuit, would you have
21 any idea?
22 A. No.
23 Q. Okay. Have you ever been to a Mally
24 Supermarket?
25 A. I have.

**Page 23**

1  Q. Okay. Which one?
2  A. West Florissant.
3  Q. And what was the purpose of you going there?
4  A. Chicken. We ordered some chicken.
5  Q. Like the pre-made chicken or --
6  A. They cook -- they have a kitchen.
7  Q. Got it. So you go to the pre-made food as
8  opposed to, like, going grocery shopping or anything
9  like that?
10 A. I was with my girlfriend. She was picking
11 up an order for her job.
12 Q. Okay. Do you go there regularly or --
13 A. No.
14 Q. -- just the one time?
15 A. No, absolutely -- no, I've been there more
16 than once, but I don't go there on a regular.
17 Q. Okay. Have you ever played a Torch gaming
18 device at Mally Supermarket?
19 A. No.
20 Q. Have you ever been to any other Mally
21 Supermarkets besides West Florissant?
22 A. No.
23 Q. So, this is a bit repetitive, Miss McGee,
24 and I apologize. But you don't know Mohammed
25 Almuttan. Are you claiming to have been injured in

**Page 24**

1  any way personally by Mohammed Almuttan?
2  A. Well, if he's the owner of the slot
3  machines, yes.
4  Q. And when you say that -- sorry. I didn't
5  mean to interrupt you.
6  A. I'm not saying like directly physically.
7  But indirectly, if he's the owner of the machines as
8  stated.
9  Q. If he owns which machine?
10 A. Torch. If he's a part of it.
11 Q. Meaning if he owns Torch, the company?
12 A. No. If he's a part of putting them in the
13 stores or any cooperation he may have with them being
14 able to be out to the public.
15 Q. Okay. I want to make sure I understand you.
16 Even though you've never played any Torch
17 machine at Mally Supermarket, you believe that you've
18 been injured by Mohammed Almuttan?
19 A. No. I don't believe personally I've been.
20 According to the lawsuit, there are several owners or
21 people that incorporated with it. That's not -- I
22 didn't pick him out personally. I'm not sure.
23 Q. What do you claim Mohammed Almuttan has to
24 do with this lawsuit?
25 A. What do I claim? I don't claim. My

**Page 25**

1  attorneys know what he did. Personally, I don't know.
2  Q. Did you -- is Mohammed Almuttan an owner of
3  Torch Electronics, LLC?
4  A. I believe so, or have something to do with
5  it. I can't really remember from reading. I read so
6  much. I can't.
7  Q. So, again, and I don't -- I don't mean to
8  beat a dead horse, but --
9  A. You're fine.
10 Q. -- is it your testimony that just by having
11 these machines in someone's business, and you never
12 playing those particular machines, going someplace
13 else, that that person is still somehow injuring you
14 in this lawsuit?
15 A. Would you repeat that again, please?
16 Q. If these machines are at a store --
17 A. Okay.
18 Q. -- owned by Mohammed Almuttan, but you've
19 never played those machines, you play those machines
20 somewhere else, do you still believe that you've been
21 injured by Mohammed Almuttan just because he has some
22 machines in the store, allegedly?
23 A. If I understand you correctly, if he has
24 some type of ownership, yes, I do.
25 Q. If he doesn't have any ownership of Torch

**Page 30**

1 because of your use of these machines?
2   A. No.
3   Q. It just happened kind of by accident?
4   A. Yeah.
5   Q. Okay. I want to show you what we've marked
6 as Exhibit 1.
7        (Exhibit 1 was identified and marked.)
8   Q (By Attorney Murphy) Do you recognize this
9 document?
10  A. Yes.
11  Q. What is that?
12  A. The Complaint.
13  Q. When was the first time that you saw this
14 Complaint?
15  A. Back in February, I believe.
16  Q. And have you reviewed the Complaint in its
17 entirety?
18  A. Yes.
19  Q. Did you review the Complaint before it was
20 filed in court?
21  A. Yes.
22  Q. Based on your review of the Complaint in its
23 entirety, is everything that's alleged in there true?
24  A. Yes.
25  Q. Do you work with Mary Bolden?

**Page 31**

1   A. I do.
2   Q. How long have you known her?
3   A. I've known her about eight or nine years.
4 Going on nine years.
5   Q. And you said you'd been there for about 15?
6   A. Yes.
7   Q. Does she do the same type of work as you?
8   A. Yes, she do now. She didn't start off doing
9 it.
10  Q. Okay. I want to talk a little bit about the
11 Torch machines again.
12       Have you ever won any money sitting down at
13 a Torch machine?
14  A. On a spin. I have never cashed out.
15  Q. So, you've never -- at the end of a session,
16 you've never left with more than you started with?
17  A. I never win anything.
18  Q. Okay. How much have you lost in a single
19 sitting at the machine?
20  A. I know I've lost over a $100. I can't be
21 'pecific, but I know.
22  Q. We're talking about a single session?
23  A. Uh-huh. (Nod of head.)
24  Q. How many times do you think -- scratch that.
25       You said before, and correct me if I'm

**Page 32**

1 wrong, you said you've sat down and played the
2 machines more than ten times, less than a hundred.
3        What would you say the kind of average
4 amount of money is that you lose when you sit down and
5 play at one of these machines?
6   A. At the restaurant, $100.
7   Q. Every time?
8   A. Yeah. Or more.
9   Q. Ever lost less than $100?
10  A. Yes.
11  Q. Do you keep any record of your wins and
12 losses on these machines?
13  A. No. Other than my debit card can tell when
14 I take money out.
15  Q. Do you use the debit card in the machines or
16 do you mean just when you go to an ATM before using
17 it?
18  A. ATM before and sometimes at the location.
19  Q. When you use an ATM card, pull out cash at
20 the location, do you always use all the money for the
21 Torch machine, or do you sometimes spend the money on
22 food or drink or anything like that?
23  A. Only I use it for the machine. My guy pay
24 for the food.
25  Q. You played these Torch machines many times.

**Page 33**

1 Always lose, correct?
2   A. Uh-huh.
3   Q. Why do you keep playing?
4   A. I want to win.
5   Q. Do you have fun while you're playing?
6   A. Yeah, sometimes.
7   Q. Is it entertaining?
8   A. Sometimes.
9   Q. Does it pass the time, does it kill some
10 time while you're sitting at a restaurant waiting for
11 your food to come out?
12  A. Yeah.
13  Q. Is it fair to say that some people might
14 play it just for the money? Some people might play it
15 just for the entertainment?
16  A. I can only speak for myself.
17  Q. We'd have to ask --
18  A. I don't know.
19  Q. We'd have to ask everyone else why is it
20 that they play?
21  A. Yeah, uh-huh.
22  Q. Do you believe that these machines, these
23 Torch machines are rigged?
24  A. Yes.
25  Q. Why?

**Page 38**

```
 1   boyfriend and I talk about it.
 2      Q.  Do you keep any -- in the book, do you keep
 3   it separated by casino versus Torch machines?
 4      A.  Yeah.
 5      Q.  Okay.  So, you would be able to go back at
 6   least from November of 2022 to the present and tell
 7   us --
 8      A.  Uh-huh.
 9      Q.  -- with precision how much you've won or
10   lost on these machines?
11      A.  Some of it.  Not like when I run into the
12   gas station, I ain't never recorded that.
13      Q.  So, not exact --
14      A.  Yeah.
15      Q.  -- but it would get you in the ballpark?
16      A.  Uh-huh.
17      Q.  Okay.  Do you use a Torch machine every time
18   you go get gas?
19      A.  No.
20      Q.  Okay.  So, is it fair to say, even if you
21   look at your book or -- or whatever the record is, you
22   wouldn't be able to come up with an exact amount that
23   you've won or lost because you haven't always kept
24   records of it; is that fair?
25      A.  Of everything, right.
```

**Page 39**

```
 1      Q.  Okay.  And when you use these Torch devices,
 2   that's always with cash, correct?
 3      A.  Yes.
 4      Q.  You've still got Exhibit 1 in front of you.
 5   Can you do me a favor and --
 6          COURT REPORTER:  I'm sorry.  I didn't
 7   hear -- I didn't hear the response.  I apologize.  I
 8   didn't hear a response, and my Zoom froze.
 9          The last question I heard was:  "And when
10   you use these Torch devices, that's always with cash,
11   correct?"
12          THE WITNESS:  Correct.
13          ATTORNEY MURPHY:  And she said "correct,"
14   yeah.
15          Thank you.
16      Q   (By Attorney Murphy) You've still got
17   Exhibit 1, which is the Complaint, in front of you.
18          Can you do me a favor and turn until you see
19   the 17th paragraph?  The paragraph next to it --
20      A.  Yeah.
21      Q.  That -- yes.
22      A.  Okay.
23      Q.  In that paragraph --
24      A.  I need my glasses.
25      Q.  Yeah, take your time.
```

**Page 40**

```
 1      A.  Okay.
 2      Q.  In that paragraph, it says:  On or about
 3   April 6, 2022, Defendant, Mohammed Almuttan, pled
 4   guilty to knowingly violating 18 U.S.C. Sections 371
 5   and 2342(a) for his involvement in a conspiracy to
 6   defraud the United States through the sale of
 7   contraband cigarettes.
 8          Did I read that correctly?
 9      A.  Yes.
10      Q.  Do you know that to be true?
11      A.  No.
12      Q.  Do you have any personal information about
13   the allegations in that paragraph?
14      A.  Other than this, no.
15      Q.  Just from having read the lawsuit?
16      A.  Yes.
17      Q.  And then in paragraph 18, Ms. McGee, which
18   is right after that one, it says:  Defendant Almuttan
19   was involved in a scheme to bribe Aldermen of the City
20   of St. Louis, including Board President Lewis Reed;
21   21st Ward Alderman, John Collins-Muhammad, and 22nd
22   Ward Alderman, Jeffrey Boyd.  The scheme led to the
23   federal criminal conviction of the three Aldermen.
24          Did I read that correctly?
25      A.  Yes.
```

**Page 41**

```
 1      Q.  Do you have any personal knowledge about the
 2   truth of the allegations in that paragraph?
 3      A.  Aside from this, no.
 4      Q.  You just know about it from reading the
 5   lawsuit?
 6      A.  Yes.
 7      Q.  Okay.  Ms. McGee, what is it that you want
 8   out of this lawsuit?
 9      A.  A few things.  I seen this kid playing the
10   machine at the gas station, that really bothered me.
11   So either they should remove them, if they're illegal,
12   or have it where the kids can't get to it.
13          They need to change where if they're gonna
14   be there where people can get their money back.
15   Meaning their change.
16      Q.  Anything else?
17          VIDEOGRAPHER:  This is the videographer
18   here.  I haven't heard any audio for the past, say, 8,
19   10 seconds or so.
20          ATTORNEY MURPHY:  I think she's just
21   thinking right now.
22          VIDEOGRAPHER:  Okay.  Okay.  I did see her
23   mouth moving, so I just want to make sure.
24          Could you repeat your question, please?
25          ATTORNEY MURPHY:  Yeah.
```

**Page 42**

1  VIDEOGRAPHER: Thank you.
2  Q  (By Attorney Murphy) My last question was,
3  "Anything else?" which was the follow-up to: What are
4  you hoping to get out of this lawsuit?
5  A. That's it at this moment.
6  Q. And so, just to be clear, you said you saw a
7  kid playing one of these machines. And you want these
8  machines removed. And I think you said if they are
9  illegal, is that fair?
10  A. They are illegal, yes.
11  Q. Since they are illegal?
12  A. Uh-huh.
13  Q. And then, the second thing you want is that
14  if they're not going to be removed that people should
15  be able to get their change.
16  A. Yeah.
17  Q. Yeah. And that's all that you want at this
18  time?
19  A. Yes.
20  COURT REPORTER: This is the court reporter.
21  It's very difficult to hear the witness' responses.
22  If you could sit closer to the microphone, please,
23  that would be great.
24  I heard your last answer as "yes".
25  THE WITNESS: Yes.

**Page 43**

1  ATTORNEY MILLER: Speak up a little bit.
2  Yep. There you go.
3  ATTORNEY MURPHY: Just try to keep your
4  voice kind of raised.
5  THE WITNESS: Okay.
6  Q  (By Attorney Murphy) Would it be fair to say
7  that some people who use these Torch machines might
8  want something different than that?
9  A. Possibly. I'm not sure what they want.
10  Q. You think that some people want money?
11  A. From gambling on the machines or --
12  Q. No, I mean, as a result of this lawsuit.
13  A. Oh. Possibly.
14  Q. But you're not in it for the money?
15  A. Absolutely not.
16  Q. So, it's fair to say that what you might --
17  excuse me -- what you want might be totally different
18  from what someone else who gets involved in this
19  lawsuit might want; is that fair?
20  A. Yes.
21  Q. Do you believe that you have any kind of a
22  gambling addiction?
23  A. No.
24  Q. Have you ever sought help feeling like
25  you're gambling too much or anything like that?

**Page 44**

1  A. No.
2  Q. Have you ever put yourself on -- I think
3  there's a list that you can put yourself on so that
4  casinos will turn you away, or anything like that?
5  A. No.
6  Q. Okay. When you use these Torch devices,
7  fair to say that you're doing so voluntarily?
8  A. Yes.
9  Q. No one's forcing you to play on them?
10  A. No.
11  Q. Would you agree that some people who see
12  these machines may play them because they have a
13  gambling addiction?
14  A. Yes.
15  Q. Do you see Mary Bolden outside of work or is
16  she just kind of a work acquaintance?
17  A. Yeah, sometimes.
18  Q. Do you hang out socially?
19  A. Sometimes.
20  Q. Okay. How often do you see each other
21  outside of work?
22  A. It varies. When other co-workers having a
23  party, or she might have a BBQ, something like that.
24  Q. What has Mary Bolden told you about this
25  lawsuit?

**Page 45**

1  A. That the machines were illegal.
2  Q. What have you told Mary Bolden about this
3  lawsuit?
4  A. Same thing. I didn't know they were illegal
5  either.
6  Q. Are they illegal?
7  A. Illegal.
8  Q. Are they illegal?
9  A. That's what I was told.
10  Q. How do you know that they're illegal?
11  A. My attorneys.
12  Q. What about these machines make them illegal?
13  A. Not sure.
14  Q. If a court were to determine that these
15  machines are not illegal, would that change this
16  lawsuit?
17  A. They were not illegal?
18  Q. If they were perfectly legal, would that
19  change this lawsuit?
20  A. Not sure.
21  Q. I'm going to hand you, Ms. McGee, what's
22  been marked as Exhibit 9.
23  (Exhibit 9 was identified and marked.)
24  Q  (By Attorney Murphy) Do you recognize that
25  document?

12 (Pages 42 to 45)

PohlmanUSA Court Reporting
(877) 421-0099    www.PohlmanUSA.com
Case 2:23-cv-04043-BCW   Document 72-4   Filed 07/14/23   Page 6 of 6