

# PohlmanUSA
## Court Reporting and Litigation Services

Carmen Weaver

June 16, 2023

Patrick Romano, et al.

vs.

Torch Electronics, LLC, et al.

**Page 14**

1 Q. Okay. So, probably at risk of
2 oversimplification, does that mean that if there's a
3 property that has an issue that the inspector
4 identifies, you would inspect it to make sure it's
5 fixed?
6 A. They're vacant. Correct. They're vacant.
7 Q. Okay. How long have you had that job?
8 A. I've been with the County for over -- almost
9 35 years. I retired over five years ago.
10 Q. Okay. I see.
11 A. So, I'm a retiree employee.
12 Q. What does that mean?
13 A. That means that I -- once I retired, I came
14 back to work -- they let me come back and work. I'm
15 only allowed a certain amount of hours.
16 Q. Understood.
17 A. A year.
18 Q. But it's the same job?
19 A. Correct.
20 Q. And what do you do for the funeral home?
21 A. Just limo driver. I barely work there.
22 Q. How long have you done that?
23 A. It's been about seven years.
24 Q. And you still work there part-time?
25 A. If they call. They called today. I

**Page 15**

1 couldn't work cause I was here.
2 Q. And as a limo driver, that's the capacity of
3 the totality of what you do at the funeral home?
4 A. Dir- -- like a funeral director. Like, just
5 drive, pick up the family and take 'em to where they
6 need to go. And then I also do the service.
7 Q. Okay. So you're not working on bodies or
8 anything?
9 A. No, sir.
10 Q. Okay.
11 A. No. No, sir. Huh-uh. I can't do that.
12 Q. What is your educational background?
13 A. College grad, associates degree.
14 Q. Where did you get your associates degree?
15 A. St. Louis Community College.
16 Q. In what?
17 A. Code enforcement.
18 Q. Do you recall when you got that degree,
19 approximately?
20 A. I'm gonna say around 2004. I think that was
21 a busy year.
22 Q. Divorce and the degree.
23 A. Correct.
24 Q. Okay.
25 A. It was around that time, I'm not sure.

**Page 16**

1 Q. Ms. Weaver, how did you become initially
2 involved in this lawsuit?
3 A. One of my -- well, my attorney, Mr. Lemp, he
4 asked me a few questions about it, and then I was
5 like, yes, sir.
6 Q. Okay. So, to be clear, Mr. Lemp essentially
7 notified you about the lawsuit?
8 A. Correct.
9 Q. When was that approximately?
10 A. I think it was -- I'm not sure. I want to
11 say earlier this year.
12 Q. In 2023 at some point?
13 A. Correct.
14 Q. Just to be clear, when you refer to
15 Mr. Lemp, that's one of the gentlemen sitting here
16 representing you today?
17 A. That is correct.
18 Q. Okay. When was the first time, Ms. Weaver,
19 that you interacted personally with any sort of a
20 device that you believed was a Torch device?
21 A. Well, I can say the first time that I used
22 one of those machines, I didn't know that they were
23 Torch. I didn't know the name.
24 Anyway, probably about -- if I could recall,
25 maybe about four years ago. I'm trying to think cause

**Page 17**

1 it was around the time of my niece when she passed
2 away. I was trying to see how long she's been
3 deceased. But I'm not sure.
4 Q. I'm sorry to ask about your niece. But just
5 for timing, what was her name?
6 A. Her -- her name? Whittni. W-h -- n --
7 i-t-t-n-i.
8 Q. Was that her first name or last name?
9 A. That's her first name.
10 Q. And was her last name Weaver?
11 A. No. Her last name was Penny. Like the
12 penny, P-e-n-n-y.
13 Q. Okay. Where was the first device that you
14 used that you believe, sitting here today, was a Torch
15 device?
16 A. The first one was the one that she told me
17 about. And that was over on -- well, the first
18 machine, I'm not -- again, I'm not sure what -- but
19 the first machine was at -- that machine that she
20 referred me to was the one over on -- it was 367 by --
21 there's a White Castles over there and an Aldi's. I'm
22 not sure. It was a BP.
23 Q. So, at a BP gas station?
24 A. Yes, sir.
25 Q. Is there a convenience store associated with

5 (Pages 14 to 17)

PohlmanUSA Court Reporting
(877) 421-0099    www.PohlmanUSA.com
Case 2:23-cv-04043-BCW   Document 72-5   Filed 07/14/23   Page 2 of 10

**Page 22**

1  January, I've probably been in there less than five
2  times.
3      Q.  Why did you go there in January?
4      A.  I'm not sure.
5      Q.  Do you live near Mally's Supermarket?
6      A.  Yes, I do.
7      Q.  How far do you live from Mally's
8  Supermarket?
9      A.  Probably about a mile-and-a-half or 2 miles.
10     Q.  Why have you gone less than five times?
11     A.  That's not a area that I frequent all the
12 time.
13     Q.  Did you go there just to play the Torch
14 device?
15     A.  No.
16     Q.  How do you know it was a Torch device?
17     A.  I'm not sure.  I call them slot machines.
18 So, that's what I know now that they're a Torch device
19 because -- from the lawsuit.
20     Q.  Well, let's back up for a second.
21     A.  Let's do it.
22     Q.  I'm just asking you to testify about what
23 you know.
24     A.  Uh-huh.
25     Q.  Sitting here today under oath, is it fair to

**Page 23**

1  say you don't know whether it was actually a Torch
2  device at Mally's that you played?
3      A.  On the day of?
4      Q.  Yes.
5      A.  In January?
6      Q.  Yes.
7      A.  Fair.
8      Q.  Okay.
9      A.  I'm not sure about the question, but, yeah,
10 that's fair.
11     Q.  Okay.
12         THE WITNESS:  Can she hear me?
13     Q.  Meaning it could have been a Torch device,
14 it could have been some other device that looked like
15 a slot machine?
16     A.  I -- I was under the impression that it was
17 a slot machine.
18     Q.  In other words, I understand that you
19 thought it was a slot machine --
20     A.  Uh-huh.
21     Q.  -- but it could have been manufactured by
22 Torch, it could have been manufactured by some other
23 manufacturer --
24     A.  Correct.
25     Q.  -- that look like slot machines?

**Page 24**

1      A.  Correct.
2      Q.  Okay.  And I'm not trying to put words in
3  your mouth.
4      A.  I got you.
5      Q.  But that's a fair statement, right?
6      A.  Correct.
7      Q.  And similarly February 14th and
8  February 15th, you said that you lost $40 playing a
9  Torch slot machine inside Midwest Petroleum on
10 Jennings Station Road?
11     A.  Correct.
12     Q.  Why did you go to that gas station?
13     A.  I would get gas and put in lottery tickets.
14     Q.  You play the lottery frequently?
15     A.  Yes.
16     Q.  How frequently?
17     A.  Every day.
18     Q.  Have you ever won?
19     A.  Yes.
20     Q.  How much have you won?
21     A.  Several.
22     Q.  What's the most you've won any time you've
23 played?
24     A.  A given or -- what, per day?  Like a day?
25     Q.  Sure.  What's the most you've won in a

**Page 25**

1  lottery ticket or --
2      A.  In a day, 600.
3      Q.  You lost money too?
4      A.  Yes.
5      Q.  Now, when we look at this declaration, it
6  says the only two places -- let me rephrase that.
7          The two places that you volunteered that you
8  played or potentially played Torch devices in January
9  and February of 2023 were Mally and Midwest Petroleum.
10     A.  Correct.
11     Q.  Are there any other places that you claim
12 that you played a Torch machine or a Torch device?
13     A.  I've been all over.  I mean, they're so
14 convenient.  If I just go and get gas from the lawn
15 care business, I just walk in.  If I have a couple of
16 dollars, then I put them in the machine.
17     Q.  Do you know who Mohammed Almuttan is?
18     A.  No, sir.
19     Q.  To the best of your knowledge, have you ever
20 met Mr. Almuttan?
21     A.  No, sir.
22     Q.  To the best of your knowledge, have you ever
23 communicated with Mohammed Almuttan?
24     A.  No, sir.
25     Q.  Are you claiming, sitting here today, that

1  Mohammed Almuttan has caused you any damage or injury
2  or loss of money in any way?
3      A.  If he's the owner of the -- of a machine,
4  then yes.  If I be losing it, putting the money in the
5  machine, then yes, I lost.
6      Q.  But just to be clear, you're claiming to be
7  damaged my Mohammed Almuttan if he is the owner of the
8  machine; is that correct?
9      A.  When I put the money in, whoever owns those
10 machines, then yes.  I'm not sure who Mohammed is or,
11 you know.
12     Q.  Why did you sue Mohammed Almuttan?
13     A.  Why did I what?
14     Q.  Why did you sue Mohammed Almuttan?
15     A.  That's something -- I mean, that's -- well,
16 that's something my lawyers -- I'm not sure.
17     Q.  All right.  You don't know why you sued
18 Mohammed Almuttan?
19     A.  I mean, that's why I hired a lawyer to do
20 that.
21     Q.  Sitting here today, can you tell me a single
22 thing that Mohammed Almuttan has ever done to you?
23     A.  No.  Just with the machines.  That's the
24 only -- that's my concern.  I don't know him
25 personally.

26

1      Q.  Describe Mally's Supermarket to me.
2      A.  Mally's, I can't recall how that store
3  looks.  I mean, it's just -- all I know is that it has
4  Mally's Supermarket on the top.  I think -- I'm not
5  sure if that used to be the laundromat or what, but
6  now it's a market.  I'm not sure on that one.
7      Q.  Were in the store was the device --
8      A.  I think it was on the back on the side.
9  Like over there on that side somewhere.
10     Q.  So, if I'm walking -- is there one entrance
11 into Mally- -- Mally's Supermarket?
12     A.  Is there what?
13     Q.  Is there just one entrance into Mally's
14 Supermarket?
15     A.  Yeah, there's a door.
16     Q.  Okay.  If I was walking into that door in
17 January 2023, where do I go to get to the machine that
18 you --
19     A.  That I can't recall.  Like I said, I've been
20 in there twice, so that would be something that I
21 can't.
22     Q.  The first time that you played this device,
23 whether it was a Torch device or some other device, in
24 January 2023 at Mally's, how long were you sitting at
25 the device?

27

1      A.  Oh, probably about less than 15 minutes.
2      Q.  How much money did you put into the device?
3      A.  That device, oh, I probably put about -- I
4  put about $20.  I'm not sure.  About $20, if that.
5      Q.  How many times did you push the button or
6  spin the wheel or --
7      A.  That I can't say, sir.
8      Q.  Approximately?
9      A.  I don't -- no.  I push very fast.  So,
10 probably about -- I don't know.  I can't say.
11     Q.  Were there some times when you played the
12 device and you won money?
13     A.  Yes.
14     Q.  And there were some times when you lost
15 money, correct?
16     A.  Correct.
17     Q.  And you played this device voluntarily,
18 correct?
19     A.  Yes.
20     Q.  Nobody forced you to do that, correct?
21     A.  No, sir.
22     Q.  How many times are you claiming to have
23 played a device that you believe was a Torch slot
24 machine or may have been a Torch slot machine inside
25 Mally's Supermarket?

28

1      A.  Like, again, probably maybe -- I've been to
2  Mally's maybe twice.
3      Q.  Did you play the device both times you were
4  there, or just one?
5      A.  I believe -- I'm not sure.  I think it was
6  twice.
7      Q.  But sitting here today, you don't know?
8      A.  I couldn't answer.  No.  Huh-uh.
9      Q.  Can you tell me anything about the second
10 time, if there was a second time?
11     A.  No.  Like I was saying, I run in and
12 probably was -- probably was getting ready to go and
13 do something, pick up something, and ran in there.
14 It's a store that's down the street.  I probably just
15 ran down -- I'm not sure.
16     Q.  Okay.
17     A.  Like I said --
18     Q.  So, you remember one time.  You don't
19 remember any more times?
20     A.  No, I remember it was like twice I've been
21 in that store.  I frequent the one on Jennings Station
22 Road.
23     Q.  Let me be clear for a second.  I'm asking
24 about --
25     A.  Mally.

29

8 (Pages 26 to 29)

PohlmanUSA Court Reporting
(877) 421-0099    www.PohlmanUSA.com
Case 2:23-cv-04043-BCW   Document 72-5   Filed 07/14/23   Page 4 of 10

**Page 30**

1  Q.  -- not how many times you've been in the
2  store.  But how many times you've been in the store
3  and used this device.
4  A.  Maybe twice.
5  Q.  Okay.  What happened the second time?  How
6  much money did you put in?
7  A.  Probably less than $10 or something.  I'm
8  not sure.
9  Q.  Did you make money?
10  A.  No.
11  Q.  How much did you lose?
12  A.  That I don't know.
13  Q.  Did you read anything in terms of language,
14  either on the device or on any sort of company's
15  website --
16  A.  No.
17  Q.  -- about how these devices -- I just need to
18  finish my question.
19  A.  Oh, sorry.
20  Q.  -- about how these devices worked or how
21  much money you might make or not make before you play
22  it?
23  A.  No.
24  Q.  Okay.  Is it fair to say that if there was
25  anything written on the device, or in any other

**Page 31**

1  capacity, you did not rely on what was written before
2  you decided to play at any time?
3      In other words, if you didn't read it, you
4  couldn't rely on it, correct?
5  A.  Correct.
6  Q.  Okay.  And, to this day, you've never read
7  anything that Torch or any other company might have
8  put out about these devices, correct?
9  A.  Correct.
10  Q.  Who owns Midwest Petroleum on Jennings
11  Station Road?
12  A.  I have no clue.  I'm not sure.
13  Q.  Do you play -- do you gamble outside of what
14  you contend is gambling with these devices?
15  A.  Yes.
16  Q.  Okay.  You've talked about the lottery.
17  A.  Correct.
18  Q.  Where else do you gamble?
19  A.  I've been to some of the casinos.
20  Q.  In Missouri?
21  A.  Yes, sir.
22  Q.  Just by way of example, can you name any of
23  those casinos?
24  A.  Sure.  Horseshoe downtown.
25  Q.  How frequently do you go to Horseshoe?

**Page 32**

1  A.  Maybe three or four times a year, if that.
2  It depends.
3  Q.  Do you go to other casinos?
4  A.  Casino Queen -- I mean not -- not Casino
5  Queen.
6      The other one.  I'm trying to think of the
7  name.  Hollywood.
8  Q.  How frequently do you go to Hollywood?
9  A.  I can't say.
10  Q.  Every year?
11  A.  Probably once a year or twice, I don't...
12  Q.  What do you play when you're at these
13  casinos?
14  A.  I play the roulette sometimes.
15  Q.  When you play roulette, is it fair to say
16  that before every time the ball goes around the
17  circle, or however you would describe it --
18  A.  Uh-huh.
19  Q.  -- you have no idea -- no one has any idea
20  and no way of knowing whether that ball is going to
21  land on the No. 16 or on red, or anything along those
22  lines, correct?
23  A.  Correct.
24  Q.  It's true chance, correct?
25  A.  Correct.

**Page 33**

1  Q.  And that's what makes it gambling, correct?
2  A.  Correct.
3  Q.  Because there's no way of trying to figure
4  out in advance, other than just guessing, what the
5  result's going to be, correct?
6  A.  Correct.
7  Q.  Because if there was a way --
8  A.  I'd be a millionaire.
9  Q.  You would put it on No. 7 --
10  A.  Right.
11  Q.  -- if you knew it was going to be No. 7,
12  correct?
13  A.  Correct.
14  Q.  You'd put it on even instead of odd if you
15  knew it was always going to be on No. 22 or whatever
16  it was going to be, correct?
17  A.  Correct.
18  Q.  Now, do you also play slot machines at any
19  casinos?
20  A.  Yes, sir.
21  Q.  At Horseshoe and Hollywood.  Any other
22  casinos?
23  A.  Argosy over in Illinois.
24  Q.  Okay.  What was that called, I'm sorry?
25  A.  It's Argosy, I believe, yeah.

**Page 38**

1  Mally's Supermarket or at Midwest Petroleum different
2  from the experience that you have had playing a slot
3  machine at a casino?
4      A.  Yes.
5      Q.  How was it different?
6      A.  Because when you go and gamble in the
7  casinos, you can see what you -- what -- what you're
8  really doing, or if you get a payout, then you can
9  print out the ticket.
10         When you into these, these two places or
11 that particular on Jennings Station Road, if you do
12 win, then they -- you have to go behind -- they -- you
13 just hit collect.  The money doesn't come out.  The
14 ticket doesn't come out.  Then you have to go to the
15 clerk and retrieve.
16     Q.  Okay.  So, it's different insofar as how you
17 collect your winnings or your remainder, correct?
18     A.  Correct.  And then --
19     Q.  Is it different in any other way?
20     A.  I'm -- I'm not sure about that how it is.  I
21 know sometimes, on the slot machine, it will tell you
22 what -- what's up at the top.  Like, it will say minor
23 ball or something like that, and it will tell you the
24 amount.  And then -- you know, those are the machines
25 that I play.  And these, I don't see how they can -- I

**Page 39**

1  don't see any of that on those.
2      Q.  Do you have -- sitting here today, do you
3  have any idea how much a particular Torch device pays
4  out or doesn't pay out?
5      A.  No, I don't.
6      Q.  So, is it fair to say, sitting here today,
7  it may pay out more than the casinos, it may pay out
8  less than casinos, it may pay out the same as casinos?
9      A.  Correct, I could say that.
10     Q.  You testified about why you have played
11 devices that may have been Torch devices, correct?  In
12 other words, you wanted to win some money?
13     A.  Correct.
14     Q.  Would you agree with me that some people
15 might have different reasons for playing these
16 devices?
17     A.  They might.  I can't say.
18     Q.  You have no idea, correct?
19     A.  Correct.
20     Q.  Okay.  You're not sitting here saying that
21 you are the typical user of these devices or player of
22 these devices; you may be typical, you may be
23 atypical, correct?
24     A.  I'd say I'm an average user.
25     Q.  Based on what?

**Page 40**

1      I don't mean this critically, but do you
2  really know whether you're an average user?
3      A.  Yeah, I'm an average gambler.  I'm not one
4  that gambles, you know, all the time, I mean...
5      Q.  Do you play the lottery every day?
6      A.  I do.  But it could be -- I mean, sometimes
7  I don't play it every day.  I mean, it depends on the
8  mood I'm in.
9      Q.  Okay.  Is it fair to say that some people
10 play Torch devices for shorter amounts of time?
11     A.  Yes.
12     Q.  Some people play for longer amounts of time
13 than you?
14     A.  Correct.
15     Q.  Some people play it for a million different
16 reasons, correct?
17     A.  Yes, sir.
18     Q.  In that way, you and those people are
19 different, correct?
20     A.  That's correct.
21     Q.  Some people win money, correct?
22     A.  Yeah.
23     Q.  Some people lose money, correct?
24     A.  Yes, sir.
25     Q.  In those ways, you and those people are

**Page 41**

1  different, correct?
2      A.  Yes, sir.
3      Q.  Some people enthusiastically want these
4  devices to remain, you know, in every gas station on
5  the planet, correct?
6      A.  Could be, yes, sir.
7      Q.  Some people don't want to ever see them
8  again, correct?
9      A.  Correct.
10     Q.  In that way you're different?
11     A.  Correct.
12     Q.  There's, in fact, many, many ways that you
13 and users of these Torch devices are different as
14 opposed to the same, correct?
15     A.  Repeat that.  I'm sorry.
16     Q.  Sure.  All these ways that we've just talked
17 about and more --
18     A.  Uh-huh.
19     Q.  -- there's many ways that you are not the
20 same as other people that use these devices, correct?
21     A.  Correct.  I could say -- say that.
22     Q.  And, in fact, your experience, your motives,
23 your desires, your life experience in playing these
24 devices may or may not be typical compared to other
25 people, correct?  You have no way of knowing, correct?

11 (Pages 38 to 41)

PohlmanUSA Court Reporting
(877) 421-0099    www.PohlmanUSA.com
Case 2:23-cv-04043-BCW   Document 72-5   Filed 07/14/23   Page 6 of 10

**Page 42**

1  A. I'm not sure about that one. I mean, that
2  one I don't know what to say. I'm really not sure how
3  to answer that one to be honest.
4  Q. Okay. Let me ask it a different way.
5  A. Thank you.
6  Q. There are ways in which -- and I think
7  you've already answered yes to this a couple of times.
8  There are ways in which you, as a user --
9  A. Uh-huh.
10 Q. -- of these kinds of devices are very
11 different from other users, and there's ways in which
12 those other users are very different from each other,
13 correct?
14 A. Correct.
15 Q. This is not the kind of thing where
16 everyone's in the same boat, correct?
17 A. Correct.
18 Q. Now, what do you hope to get out of this
19 lawsuit?
20 A. What I hope to get out of it, I really want
21 compensation, and also for the machines to be gone.
22 Q. How much compensation are you seeking?
23 A. I'm not sure. Just -- just what -- just
24 basically that the machines would be gone.
25 Q. Is it fair to say you're not seeking

**Page 43**

1  compensation?
2  A. It is what -- I mean, whatever happens,
3  happens. But as long as the machines are gone, I
4  could save money that way.
5  Q. You can also save money by not playing the
6  machines?
7  A. That's true.
8  Q. You can also --
9  A. But they're so convenient.
10 Q. You can also make money by playing the
11 machines, correct?
12 A. True. I don't know.
13 Q. You would have to, correct?
14 A. Not --
15 Q. You testified earlier --
16 A. Yes.
17 Q. -- there were a number of times you won.
18 A. Yes.
19 Q. So, if you walk -- if you play once, you
20 win, and you walk away --
21 A. Uh-huh.
22 Q. -- you're better than you are financially
23 than when you walked in, correct?
24 A. Mmmmm.
25 Q. If I put $10 into a machine --

**Page 44**

1  A. Correct.
2  Q. -- I hit the button --
3  A. Uh-huh.
4  Q. -- I win $3. I have $13 now, correct?
5  A. Correct.
6  Q. I'm better off than I was 30 seconds
7  earlier, correct?
8  A. That is correct.
9  Q. All I have to do is just walk away, correct?
10 A. That is correct.
11 Q. Now, if the device has a way of knowing
12 before you ever decide to put money in --
13 A. Uh-huh.
14 Q. -- whether you're going to win or lose --
15 A. Uh-huh.
16 Q. -- that's not something that -- well,
17 correct?
18 A. If the device --
19 Q. If you can push a button --
20 A. Uh-huh.
21 Q. -- and say if I put a dollar in, I'm going
22 to win $2 on this next roll, this next spin, that's
23 kind of cool, right?
24 A. Yes.
25 Q. That doesn't harm anyone, correct?

**Page 45**

1  A. No.
2  Q. Meaning that's correct?
3  A. Correct.
4  Q. Now, I asked you about Mohammed Almuttan.
5  Are you seeking money from him?
6  A. That'd be something I have to talk to my
7  lawyer. I'm not sure about that. I'm not --
8  Q. Well, sitting here today, do you believe
9  you've lost money to Mohammed -- to anything Mohammed
10 Almuttan has done to you?
11 A. I believe I lost money to these machines.
12 Q. That wasn't my question.
13 A. I understand.
14 Q. My question is: Do you believe you've lost
15 money based on anything that Mohammed Almuttan has
16 done to you?
17 A. I'm not understanding the question. So.
18 Q. Do you believe that you have less money now
19 because of something that Mohammed Almuttan did than
20 you would have had if Mohammed Almuttan -- Almuttan
21 didn't do that thing? Recognizing you've already
22 testified you never met the guy, never talked to the
23 guy, never --
24 A. Correct.
25 Q. -- interacted with him.

## Page 50

1  deposition?
2     A.  No, sir. I read it when -- he gave it to
3  me, and then I read it again last night.
4     Q.  When you initially in March got a copy of
5  this --
6     A.  Uh-huh.
7     Q.  -- did you read every word of it?
8     A.  No, not every word. I -- no, not every
9  word.
10    Q.  Okay. Is there anything in here, having
11 read it as recently as last night, that you believe is
12 untrue or inaccurate?
13    A.  No. That's what I hired him for. I trust
14 them. I trust my lawyer.
15    Q.  Let me ask this specifically.
16    A.  Go ahead.
17    Q.  There -- there's some legal statements in
18 here, but then there's a lot of factual statements.
19    A.  Okay.
20    Q.  Fair enough?
21    A.  Correct.
22    Q.  Based on all of the factual statements
23 you've read, is there anything that's not true?
24    A.  No. This is all true for -- to my
25 knowledge.

## Page 51

1     Q.  Okay. If we look at the Complaint, there's
2  some statements. Defendant Mohammed Almuttan pled
3  guilty to knowingly violating some statutes for his
4  involvement in a conspiracy to defraud the United
5  States through the sale of contraband cigarettes.
6        Is that true?
7     A.  It said he pled guilty, so it must be true.
8  I'm not a lawyer.
9     Q.  The fact that a lawsuit says something
10 doesn't make it true.
11    A.  Yeah, I know.
12    Q.  So, I'm asking you factually. And if you
13 don't know the answer, just say you don't know.
14    A.  I don't know that.
15    Q.  It says: Defendant Mohammed Almuttan was
16 involved in a scheme to bribe alderman --
17 paragraph 18 -- in the City of St. Louis, including
18 Board President, Lewis Reed; 21st Ward Alderman, John
19 Collins-Muhammad; and 22nd Ward Alderman, Jeffrey
20 Boyd. This scheme led to the federal criminal
21 conviction of the three alderman.
22       Is that true?
23    A.  Correct.
24    Q.  How do you know?
25    A.  The news.

## Page 52

1     Q.  Meaning you -- you believe that to be true
2  because --
3     A.  I believe --
4     Q.  -- you heard about it?
5     A.  -- on the news.
6        Correct.
7     Q.  Do you have any firsthand knowledge about
8  whether any of that is true?
9     A.  No, sir.
10    Q.  Okay. Fair to say everything on the news is
11 not always accurate?
12    A.  That's correct. You could say that.
13    Q.  Do you know Rami Almuttan?
14    A.  No, sir.
15    Q.  Are you claiming to have been damaged in any
16 way by Rami Almuttan?
17    A.  If he owns -- I'm not -- I'm not sure about
18 that one.
19    Q.  What are you hoping to get out of being the
20 class representative if, in fact, the court certifies
21 this as a class action and appoints you as a class
22 rep?
23    A.  For -- mainly, I want the machines to be --
24 I mean, they're so convenient. I just really want the
25 machines to be gone.

## Page 53

1     Q.  Would you --
2     A.  Or be regulated. I'm sorry.
3     Q.  Would you agree with me -- well, let's back
4  up for a second.
5     A.  Go ahead.
6     Q.  You just testified a second ago that what
7  you really want is the machines -- the Torch machines
8  to be regulated, correct?
9     A.  Well, if I can say, I don't think there's no
10 way to generate it, like you can your losses with the
11 ones at the casino.
12    Q.  Let's back up for a second.
13       Are you happy if at the end of this lawsuit
14 some sort of governmental entity regulates these
15 devices?
16    A.  I would, personally, yes.
17    Q.  Okay.
18    A.  If they could be regulated.
19    Q.  Are you happy if at the end of this lawsuit
20 these devices are nowhere to be found in the state of
21 Missouri?
22    A.  Correct. Yes, sir.
23    Q.  Would you agree with me there are some
24 people who play these devices that don't want what you
25 want, correct?

14 (Pages 50 to 53)

PohlmanUSA Court Reporting
(877) 421-0099    www.PohlmanUSA.com
Case 2:23-cv-04043-BCW   Document 72-5   Filed 07/14/23   Page 8 of 10

**Page 54**

1  A.  Yes, sir.
2  Q.  Some people want them --
3  A.  There.
4  Q.  -- in gas stations, correct?
5  A.  Uh-huh.
6  Q.  Some people want them, if there's five now,
7  they want ten, correct?
8  A.  Correct.
9  Q.  Some people want them instead of in the gas
10 station 2 miles from their house, in the gas station
11 1 mile from their house --
12 A.  Right.
13 Q.  -- correct?
14    So, what you want out of this lawsuit is not
15 the same as what other users of these Torch devices
16 want, correct?
17 A.  I'm not sure what they will want, but...
18 Q.  But it might be the same as some and not
19 others.
20 A.  Correct.
21 Q.  We would have to ask each of them
22 individually correct?
23 A.  That is correct.
24 Q.  That's the only way of knowing --
25 A.  What they want.

**Page 55**

1  Q.  -- what they want, correct?
2  A.  Yes, sir.
3  Q.  Okay.  Is it fair to say you have not asked
4  everyone who has used a Torch device what they want
5  out of this lawsuit, correct?
6  A.  No, sir.
7  Q.  Have you been promised anything -- in
8  exchange for being -- for serving as the class
9  representative if, in fact, you're named the class
10 representative?
11 A.  No, sir.
12 Q.  Has it been suggested to you that you could
13 get some sort of incentive fee?  I don't even --
14 A.  Not that I --no, not to my knowledge.
15 Q.  Okay.  Has that ever been discussed?
16 A.  Not to my knowledge what you called it.  I'm
17 not sure.
18 Q.  Do you expect to get more because your name
19 is in this lawsuit if, in fact, this lawsuit is
20 successful than if your name wasn't in this lawsuit?
21 A.  Not really.
22 Q.  When you played the device at Mally --
23 A.  Yes.
24 Q.  -- the one or two times that you played --
25 A.  Yes, sir.

**Page 56**

1  Q.  -- do you recall what game specifically you
2  played or what it looked like?
3  A.  I'm not sure.
4  Q.  Was there any --
5  A.  I'm not sure.
6  Q.  -- insignia on the device?  Meaning, any
7  logo or graphic.  You know what I mean by that?
8  A.  No, not sure If there was, no.
9  Q.  Let me ask it a different way.
10    You're familiar with, like, the Nike logo,
11 correct?
12 A.  Right.
13 Q.  Okay.  A little swish thing.
14 A.  Yes, sir.
15 Q.  I can't believe I'm doing that with my hand,
16 but whatever it is.
17 A.  Yeah
18 Q.  Was there any sort of logo or graphic on the
19 device that you played at Mally?
20 A.  Again, I'm not sure.  They all look alike.
21 I just can see a buffalo, and I'm not sure which one,
22 where I was.
23 Q.  A buffalo?
24 A.  Yeah, it was a buffalo machine.  The one
25 that plays the buffalo.  Which -- I'm not sure if

**Page 57**

1  you're a gambler or not, but you might not know what
2  I'm speaking of.
3  Q.  I don't.  Can you explain it?
4  A.  Okay.  No.  It's just like it's the,
5  buffalo, "whoo buf-."  It's just the machine.  I don't
6  know.
7  Q.  Was the device that you were playing, were
8  there sounds?
9  A.  Yeah.  That -- that's when they make the
10 buffalo.  Yes, sir.
11 Q.  What were the sounds?
12 A.  "Whoo, buffalo."  I don't know.  You just
13 say buffalo.
14    (Laughter.)
15    ATTORNEY GELFAND:  I apologize to the court
16 reporter, and I'm glad this is a video deposition.
17 (Laughter.)
18 Q   (By Attorney Gelfand) Were there lights?
19 A.  Lights of buffalo stampedes, put it that
20 way.
21 Q.  Okay.  Were there sounds and lights before
22 you decided to play?
23 A.  No.  I mean, there could have been.  I'm not
24 sure.
25 Q.  That's not why you played, correct?

15 (Pages 54 to 57)

PohlmanUSA Court Reporting
(877) 421-0099   www.PohlmanUSA.com
Case 2:23-cv-04043-BCW   Document 72-5   Filed 07/14/23   Page 9 of 10

**Page 62**

1  I was showing you what's been marked as
2  Exhibit 5. The document I was just showing you.
3  A. Yes, sir.
4  Q. Okay. In Exhibit 5, your lawyers wrote:
5  Except as permitted in a constitutionally authorized
6  casino --
7  A. Uh-huh.
8  Q. -- gambling is a criminal offense.
9  A. Okay.
10  Q. And then it says: A person commits the
11  offense of gambling if he or she knowingly engages in
12  gambling.
13  And it cites Section 572.020 --
14  A. Uh-huh.
15  Q. -- of the Revised Statutes of the State of
16  Missouri.
17  A. Yes, sir.
18  Q. And then it says: Yes, consumers were
19  gambling.
20  Did I read that all correctly?
21  A. Yes, you did.
22  Q. Okay. Are you here under oath in this civil
23  lawsuit testifying that you engaged in the criminal
24  offense of gambling?
25  A. Criminal, no. I'm not -- I'm not

**Page 63**

1  understanding that question. I gamble, that is
2  correct.
3  Q. When you claim to have played the device at
4  Mally, are you sitting here saying I knowingly
5  gambled?
6  A. Yes, I did gamble.
7  Q. And your lawyers are saying that's a crime.
8  A. Well --
9  Q. Do you know that?
10  A. If that's what they say then, okay.
11  Q. So, you're admitting to a crime?
12  A. I guess so.
13  Q. Now, finally with respect to Mally in
14  particular, are you contending, sitting here today,
15  that the only thing Mally you believe did wrong was
16  just have a device that may or may not have been a
17  Torch device?
18  A. Correct.
19  Q. Was there anything else that Mally did? Are
20  you claiming that you filed this lawsuit against Mally
21  because Mally said something about the Torch device or
22  encouraged you to play the Torch device or forced you
23  to play the Torch device or anything along those
24  lines?
25  A. No, I'm not saying that.

**Page 64**

1  Q. So, it's simply the mere fact --
2  A. Yes, sir.
3  Q. -- that a device that may or may not have
4  even been a Torch device was at Mally?
5  A. Correct.
6  ATTORNEY GELFAND: Thank you. At this time
7  I don't have any further questions. I may have some
8  questions later. But Mr. Craig may have some
9  questions for you.
10  THE WITNESS: Yes, sir. Thank you.
11  ATTORNEY GELFAND: It's all set up.
12  ATTORNEY CRAIG: Hello, Ms. Weaver.
13  THE WITNESS: Hi. Hello.
14  [CROSS-EXAMINATION]
15  QUESTIONS BY ATTORNEY CRAIG:
16  Q. My name is Aaron Craig. And I am counsel
17  for Torch Electronics and Steven Miltenberger and
18  Warrenton Oil.
19  A. Yes, sir.
20  Q. Okay -- I -- I want to follow-up on
21  something that you were asked just a second ago.
22  And I think opposing counsel said, so,
23  you're admitting a crime. And you said, quote, I
24  guess so.
25  Just to follow-up on that, I mean, you would

**Page 65**

1  agree that it's possible that other potential members
2  of this class might not want to or be willing to admit
3  that they have allegedly engaged in quote, unquote,
4  illegal gambling, fair?
5  A. May I say I was under the impression that
6  gambling, that you can gamble in Missouri. That it is
7  legal.
8  Q. Yeah. So, I mean, its -- it's an
9  interesting -- it's an interesting conundrum.
10  You know, my client's position is that it's
11  impossible for you to gamble on a Torch device, as
12  gambling is defined under Missouri law. So, certainly
13  my position would be consistent with a position that
14  you did not illegally gamble on a Torch device because
15  that's impossible.
16  But, as I understand it, the allegations
17  that you and other members, named Plaintiffs, are
18  operating under is that the Torch devices are, in
19  fact, illegal gambling devices, and thus, by
20  extension, anybody who played those illegal gambling
21  devices would be illegally gambling.
22  Does that make sense?
23  A. At the time, I didn't know that they were
24  illegal. I thought they were legal.
25  Q. Okay. Well, and just with that explainer,