IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
Central Division

| | | |
|---|---|---|
| PATRICK ROMANO, *et al.*, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 2:23-cv-04043-BCW |
| vs. | ) ) | JURY TRIAL DEMANDED |
| TORCH ELECTRONICS, LLC, *et al.* | ) ) ) | |
| Defendants. | ) | |

**<u>PLAINTIFFS' MOTION FOR RECONSIDERATION</u>**

Plaintiffs move that the court reconsider the dismissal of the state law claims because the court has primary and not supplemental jurisdiction over the state law claims under the broadened diversity jurisdiction established by the Class Action Fairness Act (CAFA), 28 U.S.C.A. § 1332(d). In support of this Motion, Plaintiffs respectfully incorporate their contemporaneously filed Suggestions in Support.

WHEREFORE, Plaintiffs respectfully move the Court reconsider the dismissal of Counts II and III of the Complaint and enter an order setting aside the previous dismissal and for any further relief the Court may deem just and proper.

Respectfully submitted,

Jacobson Press P.C.

/s/ Joe D. Jacobson
Joe D. Jacobson #33715
222 South Central Ave., Suite 550
Clayton, Missouri 63105
Tel: (314) 899-9789
Direct: (314) 899-9790
Fax: (314) 899-0282
Jacobson@ArchCityLawyers.com


Amundsen Davis LLC

/s/ Christopher O. Miller
Gene J. Brockland #32770
Christopher O. Miller #70251
120 S. Central Ave., Suite 700
Clayton, Missouri 63105
Tel: (314) 719-3700
Fax: (314) 719-3721
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com

CERTIFICATE OF SERVICE

The filing attorney certifies that a copy of this document was served on each counsel of record participating in the court's electronic case filing (ECF) system by filing this document through the ECF system on August 28, 2023.

2