## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PATRICK ROMANO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 23-04043-CV-BCW |
| | ) | |
| TORCH ELECTRONICS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DESIGNATION OF MEDIATOR CERTIFICATE

The parties jointly designate Leland Shurin to conduct the MAP mediation in this case. The parties previously sought and received leave from the MAP Director to reschedule mediation on or before January 12, 2024. When their previously selected MAP neutral was no longer available, the parties also sought and received permission from the MAP Director to allow them to use Leland Shurin as their neutral despite Mr. Shurin's status as a MAP-approved mediator having lapsed.

Accordingly, by agreement of the parties, the mediation will be conducted remotely on January 4, 2024, beginning at 9:00 a.m., with Leland Shurin presiding as the MAP-approved neutral.

Dated: October 19, 2023

Respectfully submitted,

JACOBSON PRESS, P.C.

By: */s/ Joe D. Jacobson*
Joe D. Jacobson, #33715
222 South Central Avenue, Suite 550
Clayton, MO 63105
Tel: (314) 899-9790
Fax: (314) 899-0282
jacobson@archcitylawyers.com

AMUNDSEN DAVIS, LLC

By: */s/ Gene J. Brockland*
Gene J. Brockland, #32770
Christopher O. Miller, #70257
120 South Central Avenue, Suite 700
St. Louis, Missouri 63105
Tel: (314) 719-3700
Fax: (314) 719-3710
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com
*Attorneys for Plaintiff Carmen Weaver,*
*Jeffrey Cordaro, Joshua Wilson, Krystal*
*Christensen, Mary Bolden, Monica McGee,*
*and Patrick Romano*

GRAVES GARRETT LLC

*/s/ J. Aaron Craig*
Todd P. Graves #41319 (MO)
J. Aaron Craig #62041 (MO)
Chandler E. Carr #68836 (MO)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
tgraves@gravesgarrett.com
acraig@gravesgarrett.com
ccarr@gravesgarrett.com
*Attorneys for Defendants Torch Electronics, LLC,*
*Steven Miltenberger, and Warrenton Oil Company*

MARGULIS GELFAND, LLC

By: */s/ Justin K. Gelfand*
Justin K. Gelfand, #62265
Ian Talbot Murphy, #68289
7700 Bonhomme, Suite 750
St. Louis, Missouri 63105
Tel: (314) 390-0234
justin@margulisgelfand.com
ian@margulisgelfand.com
*Attorney for Defendant Mally, Inc. and*
*Mohammed Almuttan*

2

FRANK, JUENGEL & RADEFELD

By: */s/ Matthew A. Radefeld*
Matthew A. Radefeld #52288
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
Tel: (314) 725-7777
Fax; (314) 721-4377
mradefeld@fjdefense.com
*Attorney for Defendant Rami Almuttan*

## CERTIFICATE OF SERVICE

The filing lawyer hereby certifies that on October 19, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.